

*U.S. Department of Justice*

*United States Attorney*
*Eastern District of New York*

F.#2005R00248

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 14, 2010

By Hand Delivery & ECF

The Honorable Ramon E. Reyes, Jr.
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Thomas Gioeli, et al.
Criminal Docket No. 08-240 (S-7) (BMC)

Dear Judge Reyes:

At a status conference on September 7, 2010, the Court directed Dr. John Manenti, the Regional Clinical Director of the Bureau of Prisons, to confer with Dr. Philip Ragno, a cardiologist who treated the defendant Thomas Gioeli prior to Gioeli's incarceration, to determine whether they could reach a consensus as to whether Gioeli's prescription for Plavix should be renewed. The doctors have now conferred and were not able to reach a consensus as to the renewal of Gioeli's Plavix prescription. Notwithstanding their lack of consensus, the government and counsel for the defendant request that the Court take no action at this time to allow the parties another attempt at resolving this matter without further intervention by the Court.

At the September 7, 2010 status conference, the Court also directed the government to provide an update as to the Brooklyn Metropolitan Detention Center's ("Brooklyn MDC's") treatment of Gioeli's back and hip ailments and the status of Gioeli's dental bridge. The Brooklyn MDC has advised that on September 3, 2010, its medical staff examined Gioeli's back and hip and prescribed medication to address Gioeli's complaints. The MDC has further advised that within a week a dentist will examine Gioeli's dental bridge to determine whether a new bridge should be created.

2

Thank you for your consideration of this letter.

Respectfully submitted,

LORETTA E. LYNCH
UNITED STATES ATTORNEY

By: /s/Elizabeth A. Geddes
Elizabeth A. Geddes
Assistant U.S. Attorney
(718) 254-6430

cc: Clerk of the Court (RER) (by ECF)
Carl Herman, Esq. (by ECF)