

*U.S. Department of Justice*

*United States Attorney
Eastern District of New York*

EAG/JDG
F.#2008R00530

*271 Cadman Plaza East
Brooklyn, New York  11201*

October 29, 2010

By ECF

The Honorable Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re:  United States v. Thomas Gioeli, et al.
            Criminal Docket No. 08-240 (S-7) (BMC)

Dear Judge Cogan:

      The government respectfully submits this letter in connection with the October 22, 2010 status conference in the above-referenced case, during which the defendants argued that they did had insufficient access to discovery.  A staff attorney at the Metropolitan Detention Center in Brooklyn, New York ("Brooklyn MDC") has advised that defendants Joel Cacace, Thomas Gioeli and Dino Saracino are currently housed in Unit K-03 to enable the defendants to jointly review material provided as part of the government's discovery obligations.[1]  The staff attorney further advised that inmates assigned to Unit K-03 may jointly review discovery in the law library on Thursdays from 12:45 p.m. to 3:45 p.m.  In addition, inmates who take advantage of their

---

    [1]    A staff attorney advised that Cacace has been housed on Unit K-03 since February 6, 2009.  Gioeli was reassigned to Unit K-03 on or about February 26, 2010, and Saracino was reassigned to Unit K-03 on or about August 6, 2010.  However, the Brooklyn MDC staff attorney advised that since September 27, 2010, Saracino has been housed in the Special Housing Unit pending a resolution of a disciplinary matter.

Hon. Brian M. Cogan
October 29, 2010
Page 2

assigned law library time may submit a request for additional time to individually review discovery in the attorney visit rooms.

                              Respectfully submitted,

                              LORETTA E. LYNCH
                              UNITED STATES ATTORNEY

                       By:  /s/Elizabeth A. Geddes
                            Elizabeth A. Geddes
                            James D. Gatta
                            Assistant U.S. Attorneys

cc:  Adam D. Perlmutter, Esq. (by ECF)
     Carl J. Herman, Esq. (by ECF)
     Susan Kellman, Esq. (by ECF)
     David Stern, Esq. (by ECF)
     Jane Fisher-Byrialsen, Esq. (by ECF)
     Joseph R. Corozzo, Jr., Esq. (by ECF)
     Colleen Quinn Brady, Esq. (by ECF)
     Clerk of the Court (BMC) (by ECF)