# Law Offices of Adam D. Perlmutter, P.C.
### Attorneys At Law

**260 Madison Avenue, Suite 1800**
**New York, NY 10016**
**Tel. (212) 679-1990**
**Fax. (212) 679-1995**

Adam D. Perlmutter, esq.
—
Jennifer Louis-Jeune, Esq.

Of Counsel
Paul Greenfield, Esq.

December 1, 2010

**VIA ECF & FACSIMILE**

The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    **Re:** **United States of America v. Thomas Gioeli,** *et al.*
          **Case No. 08-cr-240 (S-6) (BMC)**

Dear Judge Cogan:

    I am counsel for defendant Thomas Gioeli in connection with the above matter. Defense motions in this matter are due on December 3, 2010. I am writing in advance of that date to request a two-week adjournment for the filing of Mr. Gioeli's defense motions.

    Mr. Gioeli was rushed to the hospital yesterday afternoon after suffering chest pains. Please note that I am not disclosing the name of the hospital for security reasons. Due to his medical condition and hospitalization, I will be unable to adequately review the motions and consult with Mr. Gioeli in advance of the current filing date.

    I ask that the Court adjourn the filing date for defense motions for two weeks, to December 17, 2010. Further, I ask that the remainder of the motion schedule also be pushed back by two weeks. I propose the following schedule:

        Defense Motions               December 17, 2010
        Government Response        January 7, 2011

The Honorable Brian M. Cogan
December 1, 2010
Page 2 of 2

    Defense Reply          January 21, 2011
    Hearings              February 4, 2011

The Government consents to the additional time.

I want to thank the Court for its continued consideration of the foregoing.

    Respectfully submitted,

    *Adam D. Perlmutter*

    Adam D. Perlmutter

Cc:    All counsel (via ECF)
       Thomas S. Gioeli (via regular mail)