

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EAG/JDG/CMP
F.#2008R00530

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

January 6, 2011

By ECF

The Honorable Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:  United States v. Thomas Gioeli, et al.
           Criminal Docket No. 08-240 (S-6) (BMC)

Dear Judge Cogan:

    The government writes respectfully to request a one-week extension of time by which to submit its response to the defendants' pretrial motions, which is presently due on January 7, 2011.  Accordingly, the government requests that it be permitted until January 14, 2011 to file its papers.  Counsel for defendants Saracino and Cacace consent to the government's request.  Counsel for defendant Gioeli has not yet indicated whether he consents to the request.

                           Respectfully submitted,

                           LORETTA E. LYNCH
                         UNITED STATES ATTORNEY

               By:  /s/James D. Gatta
                    Elizabeth A. Geddes
                    James D. Gatta
                    Cristina M. Posa
                    Assistant U.S. Attorneys

cc:  All Counsel (by ECF)
     Clerk of the Court (BMC) (by ECF)