

*U.S. Department of Justice*

*United States Attorney*
*Eastern District of New York*

EAG/JDG/CMP                              *271 Cadman Plaza East*
F.#2008R00530                            *Brooklyn, New York  11201*


February 10, 2011


By ECF

The Honorable Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re:  United States v. Thomas Gioeli, et al.
            Criminal Docket No. 08-240 (S-6) (BMC)

Dear Judge Cogan:

    The government respectfully submits this letter to advise the Court, the defendants Joel Cacace, Thomas Gioeli and Dino Saracino and defense counsel that, earlier today, the Attorney General authorized and directed the United States Attorney to seek the death penalty against the defendant Joel

Hon. Brian M. Cogan
February 10, 2011
Page 2

Cacace and not to seek the death penalty against the defendants Thomas Gioeli and Dino Saracino.

                                        Respectfully submitted,

                                        LORETTA E. LYNCH
                                        UNITED STATES ATTORNEY

                             By:  /s/ Elizabeth A. Geddes
                                        Elizabeth A. Geddes
                                        James D. Gatta
                                        Cristina M. Posa
                                        Assistant U.S. Attorneys

cc:  Adam D. Perlmutter, Esq. (by ECF)
     Carl J. Herman, Esq. (by ECF)
     Susan Kellman, Esq. (by ECF)
     David Stern, Esq. (by ECF)
     Jane Fisher-Byrialsen, Esq. (by ECF)
     Joseph R. Corozzo, Jr., Esq. (by ECF)
     Colleen Quinn Brady, Esq. (by ECF)
     Clerk of the Court (BMC) (by ECF)