

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EAG:CMP
F.#2008R00530

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 16, 2011

<u>By Hand Delivery & ECF</u>

The Honorable Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:  United States v. Thomas Gioeli & Dino Saracino
          <u>Criminal Docket No. 08-0240 (S-6) (BMC)</u>

Dear Judge Cogan:

      As anticipated, defendants Thomas Gioeli and Dino Saracino have moved for an adjournment of the trial in the above-captioned matter, which is currently scheduled to commence on May 9, 2011. In light of the Court's scheduling of a status conference for March 23, 2011, to address the defendants' motion, the government respectfully requests an additional one-week adjournment of the date on which the government is required to file its pre-trial motions, which date is currently March 18, 2011. Should the Court grant the defendant's adjournment request, the government further requests that the Court set a new motion schedule.

                         Respectfully submitted,

                         LORETTA E. LYNCH
                         United States Attorney

              By:  <u>/s/ Elizabeth A. Geddes</u>
                   Elizabeth A. Geddes
                   James D. Gatta
                   Cristina M. Posa
                   Assistant U.S. Attorneys

cc:  Joseph Corozzo, Esq. (via ECF)
     Adam Perlmutter, Esq. (via ECF)