# Law Offices of Adam D. Perlmutter, P.C.
## Attorneys At Law

**260 Madison Avenue, Suite 1800**
**New York, NY 10016**
**Tel. (212) 679-1990**
**Fax. (212) 679-1995**

Adam D. Perlmutter, esq.
–
Jennifer Louis-Jeune, Esq.

Of Counsel
Paul Greenfield, Esq.

April 8, 2011

**VIA ECF**

The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   United States of America v. Thomas Gioeli, *et al.*
        Case No. 08-cr-240 (S-6) (BMC) (RER)

Dear Judge Cogan:

I am counsel, along with Carl J. Herman, Esq., for defendant Thomas Gioeli in connection with the above matter. I am writing to inform the Court that Mr. Gioeli's father passed away this morning and to request an order from the Court to permit Mr. Gioeli to view his father's body before burial and pay his last respects.

The family has made the following burial arrangements:

Wake & Viewing

McCourt & Trudden Funeral Home
385 Main Street
Farmingdale, NY 11735
(516) 249-1303
Sunday, April 9th, 2:00 pm – 5:00 pm and 7:00 pm – 9:30 pm
Monday, April 10th, 2:00 pm – 5:00 pm and 7:00 pm – 9:30 pm

The Honorable Brian M. Cogan
April 8, 2011
Page 2 of 2

<u>Funeral</u>

St. Kilian's R.C. Church
485 Conklin Street
Farmingdale, N.Y. 11735
(516) 249-0127
Tuesday, April 11th at 9:45 am

I have tried contacting the government and the MDC to see if they consent to Mr. Gioeli's request. I have not had a response but am writing because of the limited timeframe. I understand from Mr. Herman and other attorneys that arrangements have been made in the past to accommodate similar requests. I have also spoken briefly with the U.S. Marshals Service in the Eastern District, which indicated that although it routinely opposes these requests, it has made arrangements in the past to deal with this type of situation.

In light of the circumstances, I request that the Court order that the U.S. Marshal's service make immediate arrangements for Mr. Gioeli to be picked up from the MDC, brought either to McCourt & Trudden Funeral Home on Sunday or Monday, or to St. Kilian's R.C. Church prior to the funeral on Tuesday, to permit Mr. Gioeli two hours with his mother, wife, and daughters to view his father's body and pay his final respects, and then be returned to the MDC under such conditions as deemed necessary by the U.S. Marshal.

I want to thank the Court for its consideration of this important matter.

Respectfully submitted,

Adam D. Perlmutter

Cc:   All counsel (via electronic mail)
      Christa Colvin, Esq. (same)
      Thomas Gioeli