# Criminal Cause for Motion Hearing

**Before Judge** Brian M. Cogan U.S.D.J.

Date: 5/11/2011 Time: 2:15 PM

DOCKET NUMBER: **08cr240 (BMC)**

DEFENDANT'S NAME: Thomas Gioeli
____Present **X** Not Present **X** In Custody ___Bail

DEFENSE COUNSEL: Carl Herman
____Legal Aid _____CJA_ **X** Retained

DEFENDANT'S NAME: Dino Saracino
____Present **X** Not Present **X** In Custody ___Bail

DEFENSE COUNSEL: Samuel Braverman
____Legal Aid **X** CJA ___Retained

AUSA(s): Geddes, Posa, Gatta Deputy Clerk: M. Clarke

COURT REPORTER/ESR: Ron Tolkin

**X** Case called for:

**X** Motion Hearing Held

**X** Motion **Granted** ___Motion Denied.

___ Next Conference_____before_____

NOTES:

Defendants refused to be produced. Counsel waived their appearances. Motion Hearing held GRANTING doc [1138] request to unseal [1134]
Defense will file their response to Motion in Limine by 5/27; govt to reply by 6/10.