

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EAG/JDG/CMP                              *271 Cadman Plaza East*
F.#2008R00530                            *Brooklyn, New York  11201*

May 19, 2011

<u>By ECF</u>

The Honorable Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re:  United States v. Thomas Gioeli and Dino Saracino
           Criminal Docket No. 08-240 (S-6) (BMC)

Dear Judge Cogan:

      The government writes respectfully to request an
adjournment of the next appearance in the above-referenced case.
At the parties' May 11, 2011 appearance, the Court extended to
June 10, 2011 the date by which the government's <u>in</u> <u>limine</u> motion
regarding the admission of uncharged crimes will be fully-
briefed.  Accordingly, the government respectfully requests that
the appearance in the case scheduled for June 3, 2011 be
adjourned until the afternoon of June 17, 2011.  In addition, the
government respectfully requests that the Court exclude speedy

The Honorable Brian M. Cogan
May 19, 2011
Page 2

trial time through June 17, 2011, pursuant to 18 U.S.C. § 3161.
Counsel for the defendants join in these requests.

                              Respectfully submitted,

                              LORETTA E. LYNCH
                              United States Attorney

                    By:   /s/James D. Gatta
                          Elizabeth A. Geddes
                          James D. Gatta
                          Cristina M. Posa
                          Assistant U.S. Attorneys

cc:   Clerk of the Court (BMC) (by ECF)
      All Counsel (by ECF)