

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

EAG/JDG/CMP
F.#2008R00530

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 13, 2011

By ECF

The Honorable Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:  United States v. Thomas Gioeli and Dino Saracino
              Criminal Docket No. 08-240 (S-6) (BMC)

Dear Judge Cogan:

      The government writes respectfully to request an adjournment of the next appearance in the above-referenced case. On May 27, 2011, following a motion by defendant Gioeli, the Court extended to July 24, 2011 the date by which the government's in limine motion regarding the admission of uncharged crimes will be fully briefed. Accordingly, the government respectfully requests that the appearance in the case scheduled for June 17, 2011 be adjourned until June 28, 2011, as we discussed with Your Honor's Courtroom Deputy, Ms. Clarke. In addition, the government respectfully requests that the Court

The Honorable Brian M. Cogan
June 13, 2011
Page 2

exclude speedy trial time through June 28, 2011, pursuant to 18 U.S.C. § 3161.  Counsel for the defendants join in these requests.

                                        Respectfully submitted,

                                        LORETTA E. LYNCH
                                        United States Attorney

                           By:  /s/James D. Gatta
                               Elizabeth A. Geddes
                               James D. Gatta
                               Cristina M. Posa
                               Assistant U.S. Attorneys

cc:  Clerk of the Court (BMC) (by ECF)
     All Counsel (by ECF)