# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA <br> *Plaintiff* <br> v. <br> THOMAS GIOELI <br> *Defendant* | ) <br> ) <br> ) Case No. 08-CR-240 <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

THOMAS GIOELI

Date:   JULY 13, 2011

*Attorney's signature*

Jennifer R. Louis-Jeune
*Printed name and bar number*

Law Offices of Adam D. Perlmutter, P.C.
260 Madison Ave, Suite 1800
New York, NY 10016

*Address*

jlj@adplegal.com
*E-mail address*

(212) 679-1990
*Telephone number*

(212) 679-1995
*FAX number*