

**U.S. Department of Justice**

*United States Attorney
Eastern District of New York*

EAG/JDG/CMP
F.#2008R00530

*271 Cadman Plaza East*

*Brooklyn, New York  11201*

July 25, 2011

By ECF

Adam D. Perlmutter, Esq.
260 Madison Avenue, Suite 1800
New York, NY 10016

Carl Jordan Herman, Esq.
443 Northfield Avenue
West Orange, NJ 07052

Samuel M. Braverman, Esq.
901 Sheridan Avenue
Bronx, NY 10451

Susan Kellman, Esq.
25 8th Avenue
Brooklyn, NY 11217

David Stern, Esq.
Rothman, Schneider, Soloway & Stern, P.C.
100 Lafayette Street, Suite 501
New York, NY 10013

Jane Fisher-Byrialsen, Esq.
Fisher, Byrialsen & Kreizer, PLLC
291 Broadway, Suite 709
New York, NY 10007

Re: United States v. Thomas Gioeli, et al.
Criminal Docket No. 08-240 (S-6)(BMC)

Dear Counsel:

The government hereby furnishes the following additional discovery in the above-captioned case. The government also renews its request for reciprocal discovery. Please note that the following exhibits are draft transcripts, which are being provided for purposes of trial preparation only and are subject to change.

| EXHIBIT | DESCRIPTION |
|---|---|
| 1241 | Draft transcript of 911 calls and police radio runs made on June 12, 1991, in connection with the murders of John Minerva and Michael Imbergamo |

| EXHIBIT | DESCRIPTION |
|---|---|
| 1242 | Draft transcript of 911 calls and police radio runs made on March 25, 1992, in connection with the murder of Frank Marasa |
| 1243 | Draft transcript of 911 calls and police radio runs made on August 25, 1997, in connection with the murder of Ralph Dols |
| 1244 | Phonebook obtained from Salvatore Vitale |
| 1245 | List of names including reference to defendant Dino Saracino |
| 1246 | CD containing surveillance video dated April 12, 1999 (Thomas Gioeli, John DeRoss, Joseph Campanella and Benjamin Castellazzo) |
| 1247 | CD containing photographs of locations in New York City and Long Island |
| 1248 | CD containing trial transcript of <u>United States v. Persico and DeRoss</u>, 04 CR 911 (EDNY)(JS), November 6, 2007 to December 28, 2007 |

If you have any questions or requests, please contact us.

Sincerely,

LORETTA E. LYNCH
UNITED STATES ATTORNEY

By: /s/ Cristina M. Posa
Elizabeth A. Geddes
James D. Gatta
Cristina M. Posa
Assistant U.S. Attorneys

cc: Clerk of the Court (BMC) (by ECF)