FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 9 - 2011 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x

UNITED STATES OF AMERICA,

- v. -

THOMAS GIOLEI, *et al.*,

Defendant.

----------------------------------------------------------x

ORDER

Case No. 08-cr-240 (S6) (BMC) (RER)

**IT IS HEREBY ORDERED** that paralegal YISHA FAN, of the LAW OFFICES OF ADAM D. PERLMUTTER, P.C., counsel for defendant THOMAS GIOELI (Reg. No. 30222-048) in the above matter, shall have access to the Metropolitan Detention Center, without being accompanied by a lawyer, for the purposes of assisting in discovery review and trial preparation.

Dated: August 8, 2011

/s/(BMC)
By: _____
The Hon. Brian M. Cogan, U.S.D.J.