

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EAG/JDG/CMP
F.#2008R00530

*271 Cadman Plaza East*

*Brooklyn, New York  11201*

August 12, 2011

<u>By Federal Express</u>

Adam D. Perlmutter, Esq.
260 Madison Avenue, Suite 1800
New York, NY 10016

Samuel M. Braverman, Esq.
901 Sheridan Avenue
Bronx, NY 10451

Susan Kellman, Esq.
25 8th Avenue
Brooklyn, NY 11217

   Re: <u>United States v. Thomas Gioeli, et al.</u>
     <u>Criminal Docket No. 08-240 (BMC)</u>

Dear Counsel:

  Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following enclosed additional discovery in the above-captioned case.  The government recently received these reports from the New York City Police Department.  The government also renews its request for reciprocal discovery.

| <u>EXHIBIT</u> | <u>DESCRIPTION</u> |
|---|---|
| 1262 | NYPD Firearms Analysis Section, Microscopic Analysis Report of analysis performed by Det. John Muzek, dated July 22, 2008 (evidence taken in connection with the murder of Frank Marasa) |

Adam D. Perlmutter, Esq.
Samuel M. Braverman, Esq.
Susan Kellman, Esq.
August 12, 2011
Page 2

| EXHIBIT | DESCRIPTION |
|---|---|
| 1263 | NYPD Firearms Analysis Section, Laboratory Report of analysis performed by Det. Wilfredo Torres, dated July 26, 2011, and related Firearms Analysis worksheets and reports (evidence taken in connection with the murder of Police Officer Ralph Dols) |

If you have any questions or requests, please contact us.

    Sincerely,

    LORETTA E. LYNCH
    UNITED STATES ATTORNEY

By:  /s/ Cristina M. Posa
    Elizabeth A. Geddes
    James D. Gatta
    Cristina M. Posa
    Assistant U.S. Attorneys

cc:  Carl J. Herman, Esq. (by ECF) (w/o enclosures)
    Louis V. Fasulo, Esq. (by ECF) (w/o enclosures)
    David Stern, Esq. (by ECF) (w/o enclosures)
    Jane Fisher-Byrialsen, Esq. (by ECF) (w/o enclosures)
    Clerk of the Court (BMC) (by ECF) (w/o enclosures)