# CARL J. HERMAN
ATTORNEY AT LAW

443 Northfield Avenue
West Orange, New Jersey 07052
Telephone: (973) 324-1011   Facsimile: (973) 324-1133
Email: cjherman@carlherman.com   Website: www.cjhermanlaw.net
www.carljherman-criminal-lawyer.com

August 17, 2011

**VIA ECF**

Hon. Brian M. Cogan, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

            Re:   *United States v. Thomas Gioeli and Dino Saracino*
                   Criminal No.: 08-cr-240 (BMC)

Dear Judge Cogan:

    I write with the consent of all parties to request that the status conference scheduled for August 18, 2011 be cancelled, in that the legal issues which prompted the conference have now been settled to the satisfaction of all concerned.

    Thank you.

                                       Respectfully submitted,

                                       CARL J. HERMAN

CJH:mdr

cc:    All counsel of record (Via CM/ECF)