

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EAG/JDG/CMP
F.#2008R00530

*271 Cadman Plaza East*

*Brooklyn, New York  11201*

August 29, 2011

<u>By Federal Express</u>

Adam D. Perlmutter, Esq.
260 Madison Avenue, Suite 1800
New York, NY 10016

Samuel M. Braverman, Esq.
901 Sheridan Avenue
Bronx, NY 10451

Susan Kellman, Esq.
25 8th Avenue
Brooklyn, NY 11217

       Re:  <u>United States v. Thomas Gioeli, et al.</u>
           <u>Criminal Docket No. 08-240 (BMC)</u>

Dear Counsel:

       Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following enclosed additional discovery in the above-captioned case.  The government also renews its request for reciprocal discovery.

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| 1285 | New York City Police Department latent print comparison report dated August 1, 2011 regarding a latent print collected in connection with the murder of Francesco Marasa |
| 1286 | Police Officer Ralph Dols' NYPD memo book, May 15, 1997-August 24, 1997 (Bates numbered 1-53) |
| 1287 | Ralph Dols family photos (3 pages) |

Adam D. Perlmutter, Esq.
Samuel M. Braverman, Esq.
Susan Kellman, Esq.
August 29, 2011
Page 2

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| 1288 | Cingular phone records and subscriber information for (917) 941-0918 for the period January 1, 1999 to May 27, 1999 |

      If you have any questions or requests, please contact us.

                        Sincerely,

                        LORETTA E. LYNCH
                        UNITED STATES ATTORNEY

                By:  /s/James D. Gatta
                      Elizabeth A. Geddes
                      James D. Gatta
                      Cristina M. Posa
                      Assistant U.S. Attorneys

cc:   Carl J. Herman, Esq. (by ECF) (w/o enclosures)
      Louis V. Fasulo, Esq. (by ECF) (w/o enclosures)
      David Stern, Esq. (by ECF) (w/o enclosures)
      Jane Fisher-Byrialsen, Esq. (by ECF) (w/o enclosures)
      Clerk of the Court (BMC) (by ECF) (w/o enclosures)