

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EAG/JDG/CMP
F.#2008R00530

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 16, 2011

By Federal Express

Adam D. Perlmutter, Esq.
260 Madison Avenue, Suite 1800
New York, NY 10016

Samuel M. Braverman, Esq.
901 Sheridan Avenue
Bronx, NY 10451

Susan Kellman, Esq.
25 8th Avenue
Brooklyn, NY 11217

        Re:  United States v. Thomas Gioeli, et al.
              Criminal Docket No. 08-240 (BMC)

Dear Counsel:

      Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following enclosed additional discovery in the above-captioned case. The government also renews its request for reciprocal discovery.

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| 1264 | Compact disc ("CD") containing a backup file of the memory of the Sharp electronic organizer that belonged to William Cutolo, Sr. ("Cutolo electronic organizer") |
| 1265 | Data print out of the contents of the Cutolo electronic organizer |
| 1266 | CD containing recorded telephone calls placed by Dino Saracino between June 1, 2008 and July 17, 2008 |

Adam D. Perlmutter, Esq.
Samuel M. Braverman, Esq.
Susan Kellman, Esq.
August 16, 2011
Page 2

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| 1267 | CD containing recorded telephone calls placed by Dino Saracino between July 16, 2008 and October 7, 2008 |
| 1267a | CD containing recorded telephone calls placed by Dino Saracino between October 6, 2008 and November 24, 2008 |
| 1268 | CD containing recorded telephone calls placed by Dino Saracino between November 24, 2008 and January 9, 2009 |
| 1269 | CD containing recorded telephone calls placed by Dino Saracino between January 15, 2009 and June 11, 2009 |
| 1270 | CD containing recorded telephone calls placed by Dino Saracino between June 18, 2009 and November 14, 2009 |
| 1271 | CD containing recorded telephone calls placed by Tommy Gioeli between June 6, 2008 and July 16, 2008 |
| 1272 | CD containing recorded telephone calls placed by Tommy Gioeli between July 17, 2008 and October 6, 2008 |
| 1273 | CD containing recorded telephone calls placed by Tommy Gioeli between October 6, 2008 and November 23, 2008 |
| 1274 | CD containing recorded telephone calls placed by Tommy Gioeli between November 24, 2008 and January 8, 2009 |
| 1275 | CD containing recorded telephone calls placed by Tommy Gioeli between January 15, 2009 and June 10, 2009 |
| 1276 | CD containing recorded telephone calls placed by Tommy Gioeli between June 18, 2009 and December 14, 2009 |

Adam D. Perlmutter, Esq.
Samuel M. Braverman, Esq.
Susan Kellman, Esq.
August 16, 2011
Page 3

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| 1277 | CD containing recorded telephone calls placed by Joel Cacace between May 3, 2008 and July 16, 2008 |
| 1278 | CD containing recorded telephone calls placed by Joel Cacace between November 28, 2008 and December 5, 2008 |
| 1279 | CD containing recorded telephone calls placed by Joel Cacace between December 6, 2008 and January 5, 2009 and between June 21, 2009 and December 14, 2009 |
| 1280 | Omitted |
| 1281 | CD containing recorded telephone calls placed by Joel Cacace between January 15, 2009 and June 11, 2009 |
| 1282 | Bureau of Prison inmate quarters history records for inmates Alphonse Persico and Joel Cacace |
| 1283 | N.Y.C. Department of Correction records for Joseph Competiello |
| 1284 | New York City Department of Probation records for Joseph Competiello |

Adam D. Perlmutter, Esq.
Samuel M. Braverman, Esq.
Susan Kellman, Esq.
August 16, 2011
Page 4

    If you have any questions or requests, please contact us.

                        Sincerely,

                        LORETTA E. LYNCH
                        UNITED STATES ATTORNEY

                By:  /s/ Elizabeth A. Geddes
                     Elizabeth A. Geddes
                     James D. Gatta
                     Cristina M. Posa
                     Assistant U.S. Attorneys

cc:  Carl J. Herman, Esq. (by ECF) (w/o enclosures)
     Louis V. Fasulo, Esq. (by ECF) (w/o enclosures)
     David Stern, Esq. (by ECF) (w/o enclosures)
     Jane Fisher-Byrialsen, Esq. (by ECF) (w/o enclosures)
     Clerk of the Court (BMC) (by ECF) (w/o enclosures)