

*U.S. Department of Justice*

*United States Attorney*
*Eastern District of New York*

EAG/JDG/CMP
F.#2008R00530

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 30, 2011

<u>By Federal Express</u>

Adam D. Perlmutter, Esq.
260 Madison Avenue, Suite 1800
New York, NY 10016

Samuel M. Braverman, Esq.
901 Sheridan Avenue
Bronx, NY 10451

Susan Kellman, Esq.
25 8th Avenue
Brooklyn, NY 11217

       Re: <u>United States v. Thomas Gioeli, et al.</u>
           <u>Criminal Docket No. 08-240 (BMC)</u>

Dear Counsel:

      Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following enclosed additional discovery in the above-captioned case. The government also renews its request for reciprocal discovery.

| <u>EXHIBIT</u> | DESCRIPTION |
|---|---|
| 1289 | CD containing recorded telephone calls placed by Dino Saracino between December 15, 2009 and February 11, 2010 |
| 1290 | CD containing recorded telephone calls placed by Dino Saracino between February 2, 2010 and September 25, 2010 |
| 1291 | CD containing recorded telephone calls placed by Thomas Gioeli between December 15, 2009 and February 11, 2010 |

Adam D. Perlmutter, Esq.
Samuel M. Braverman, Esq.
Susan Kellman, Esq.
August 30, 2011
Page 2

| EXHIBIT | DESCRIPTION |
|---|---|
| 1292 | CD containing recorded telephone calls placed by Thomas Gioeli between February 2, 2010 and October 10, 2010 |
| 1293 | CD containing recorded telephone calls placed by Joel Cacace between December 16, 2009 and February 12, 2010 |
| 1294 | CD containing recorded telephone calls placed by Joel Cacace between February 2, 2010 and April 20, 2010 |
| 1295 | CD containing recorded telephone calls placed by Joel Cacace between April 2, 2010 and October 6, 2010 |

If you have any questions or requests, please contact us.

Sincerely,

LORETTA E. LYNCH
UNITED STATES ATTORNEY

By:  /s/ Elizabeth A. Geddes
     Elizabeth A. Geddes
     James D. Gatta
     Cristina M. Posa
     Assistant U.S. Attorneys

cc:  Carl J. Herman, Esq. (by ECF) (w/o enclosures)
     Louis V. Fasulo, Esq. (by ECF) (w/o enclosures)
     David Stern, Esq. (by ECF) (w/o enclosures)
     Jane Fisher-Byrialsen, Esq. (by ECF) (w/o enclosures)
     Clerk of the Court (BMC) (by ECF) (w/o enclosures)