

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EAG/JDG/CMP                         *271 Cadman Plaza East*
F.#2008R00530                       *Brooklyn, New York  11201*


                                    September 12, 2011


<u>By Federal Express</u>

Adam D. Perlmutter, Esq.
260 Madison Avenue, Suite 1800
New York, NY 10016


Samuel M. Braverman, Esq.
901 Sheridan Avenue
Bronx, NY 10451


Susan Kellman, Esq.
25 8th Avenue
Brooklyn, NY 11217

            Re:   United States v. Thomas Gioeli, et al.
                  <u>Criminal Docket No. 08-240 (BMC)</u>

Dear Counsel:

            Pursuant to Rule 16 of the Federal Rules of Criminal
Procedure, the government hereby furnishes the following enclosed
additional discovery in the above-captioned case.  The government
also renews its request for reciprocal discovery.

| <u>EXHIBIT</u> | <u>DESCRIPTION</u> |
|---|---|
| 1294 | Certified copy of the docket sheet and other court filings for <u>United States v. Alphonse Persico</u>, 99 CR 10001 (KMM)(S.D. Fl.). |

Adam D. Perlmutter, Esq.
Samuel M. Braverman, Esq.
Susan Kellman, Esq.
September 12, 2011
Page 2

| EXHIBIT | DESCRIPTION |
|---|---|
| 1295 | Certified copies of records of the Office of the Medical Examiner, Nassau County, New York ("Nassau County ME") regarding the autopsy performed on John Minerva (the reports and notes related to this autopsy were previously provided as Discovery Exhibits Nos. 358-362) |
| 1296 | Digital video disc ("DVD") containing photographs and x-rays taken by the Nassau County ME in connection with the autopsy of John Minerva |
| 1297 | Audio cassette containing the dictation tape of the Nassau County ME made in connection with the autopsy of John Minerva |
| 1298 | Certified copies of records of the Nassau County ME regarding the autopsy performed on Michael Imbergamo (the reports and notes related to this autopsy were previously provided as Discovery Exhibits Nos. 363-367) |
| 1299 | DVD containing photographs and x-rays taken by the Nassau County ME in connection with the autopsy of Michael Imbergamo |
| 1300 | Audio cassette containing the dictation tape of the Nassau County ME made in connection with the autopsy of Michael Imbergamo |
| 1301 | Business record certification affidavit of a representative of Verizon Wireless regarding the Verizon Wireless telephone and subscriber records for (917) 613-6734 for the period between April 1999 and June 1999 (previously produced as Discovery Exhibit No. 512) |
| 1302 | Certificate of Marriage of Ralph Dols and Kim Kennaugh, from Clarke County, Nevada |
| 1303 | Certificate of Marriage of Dino Saracino and April Bubak, from Clarke County, Nevada |

Adam D. Perlmutter, Esq.
Samuel M. Braverman, Esq.
Susan Kellman, Esq.
September 12, 2011
Page 3

| EXHIBIT | DESCRIPTION |
|---|---|
| 1304 | Certified copies of records of the Office of the Chief Medical Examiner, City of New York ("NY OCME") regarding the autopsy performed on Francesco Marasa (the reports and notes related to this autopsy were previously provided as Discovery Exhibits Nos. 354-357) |
| 1305 | Certified copies of records of the NY OCME regarding the autopsy performed on Awjad Ennab (records related to this autopsy were previously provided as Discovery Exhibits No. 350) |
| 1306 | Certified copies of records of the NY OCME regarding the autopsy performed on Joseph Miccio |
| 1307 | Certified copies of records of the NY OCME regarding the autopsy performed on Ralph Dols (the reports and notes related to this autopsy were previously provided as Discovery Exhibits Nos. 490-494) |
| 1308 | New York City Police Department ("NYPD") Crime Scene Unit Report related to the March 18, 1994 homicide of Joseph Miccio |
| 1309 | NYPD Crime Scene Unit Photographs taken in connection with the March 18, 1994 homicide of Joseph Miccio |
| 1310 | Surveillance photographs taken April 19, 1996 of Thomas Gioeli, Alphonse Persico and others |

Adam D. Perlmutter, Esq.
Samuel M. Braverman, Esq.
Susan Kellman, Esq.
September 12, 2011
Page 4

    If you have any questions or requests, please contact us.

                                   Sincerely,

                                   LORETTA E. LYNCH
                                   United States Attorney

                        By:   /s/James D. Gatta
                             Elizabeth A. Geddes
                             James D. Gatta
                             Cristina M. Posa
                             Assistant U.S. Attorneys

cc:  Carl J. Herman, Esq. (by ECF) (w/o enclosures)
     Louis V. Fasulo, Esq. (by ECF) (w/o enclosures)
     David Stern, Esq. (by ECF) (w/o enclosures)
     Jane Fisher-Byrialsen, Esq. (by ECF) (w/o enclosures)
     Clerk of the Court (BMC) (by ECF) (w/o enclosures)