

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EAG/JDG/CMP
F.#2008R00530

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

September 16, 2011

<u>By Federal Express</u>

Adam D. Perlmutter, Esq.
260 Madison Avenue, Suite 1800
New York, NY 10016

Samuel M. Braverman, Esq.
901 Sheridan Avenue
Bronx, NY 10451

Susan Kellman, Esq.
25 8th Avenue
Brooklyn, NY 11217

       Re:  <u>United States v. Thomas Gioeli, et al.</u>
            <u>Criminal Docket No. 08-240 (BMC)</u>

Dear Counsel:

     Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following enclosed additional discovery in the above-captioned case.  The government also renews its request for reciprocal discovery.

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| 1311 | Certified Sprint Nextel phone records for (917) 418-5206, (917) 418-5207, (917) 418-5209 and (917) 418-5210, subscribed by "Romantique Limo, Inc.," January 5, 1999 to November 25, 1999 (numbered 1-48) |

| EXHIBIT | DESCRIPTION |
|---|---|
| 1312 | Applications, authorizations, 10-day letters and 20-day letters for various Title III interceptions occurring in 1991 and 1992 at 69-64 Grand Ave., Queens, New York and in the vicinity of the Maspeth Public Library, located at 69-7064 Grand Avenue in Queens, New York (numbered 1-1443) |
| 1313 | Miscellaneous papers seized from garbage located at the curb of 3 Frank Avenue, Farmingdale on or about March 16, 1998 |
| 1314 | Miscellaneous papers seized from garbage at 101 Glengariff Road, Massapequa on or about October 21, 1997 |
| 1315 | Miscellaneous papers seized from garbage at Credit Resolution, 6 Grace Avenue, Great Neck on or about October 1, 1997 |
| 1316 | Call detail records for 516-639-4885, subscribed to Funding Consultants, for the period between August 15, 1997 and September 8, 1997 |
| 1317a | Telephone record for 718-232-5453, subscribed to Dino Saracino |
| 1317b | Compact Disk containing call detail records for 718-232-5453, 516-242-0727, 516-242-0736, 516-242-0767, 516-242-0787, 516-547-8812, 516-547-8913, 516-547-8914, 516-547-8915, 516-586-0073, 516-586-4080, 516-586-4243, 516-674-0411, 516-674-3606, 718-372-7862, 718-372-7902, 718-378-5500, 718-378-5561, 718-378-5567 and 718-378-5915 for the time period between June 1997 and August 1997 |
| 1318 | Telephone record for 718-772-0433, subscribed to Richard Greazes |
| 1319 | Telephone record for 516-773-7773, subscribed to Salvatore Tese |
| 1320 | Telephone record for 516-886-2300, subscribed to John Caruso |
| 1321 | Telephone record for 516-752-3167, subscribed to Thomas Gioeli |

Adam D. Perlmutter, Esq.
Samuel M. Braverman, Esq.
Susan Kellman, Esq.
September 16, 2011
Page 3

| EXHIBIT | DESCRIPTION |
|---|---|
| 1322 | Handwritten diagram in connection with the execution of a search of the basement of 1966 76th Street, Brooklyn on or about November 18, 2008 |

      If you have any questions or requests, please contact us.

                                    Sincerely,

                                    LORETTA E. LYNCH
                                  United States Attorney

                    By: /s/
                          Elizabeth A. Geddes
                          James D. Gatta
                          Cristina M. Posa
                          Assistant U.S. Attorneys

cc:  Carl J. Herman, Esq. (by ECF) (w/o enclosures)
     Louis V. Fasulo, Esq. (by ECF) (w/o enclosures)
     David Stern, Esq. (by ECF) (w/o enclosures)
     Jane Fisher-Byrialsen, Esq. (by ECF) (w/o enclosures)
     Clerk of the Court (BMC) (by ECF) (w/o enclosures)