

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EAG/JDG/CMP
F.#2008R00530

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 8, 2011

<u>By Federal Express</u>

Adam D. Perlmutter, Esq.
260 Madison Avenue, Suite 1800
New York, NY 10016

Samuel M. Braverman, Esq.
901 Sheridan Avenue
Bronx, NY 10451

        Re: United States v. Thomas Gioeli, et al.
            <u>Criminal Docket No. 08-240 (S-6) (BMC)</u>

Dear Counsel:

    Enclosed are compact discs containing copies of additional disclosures pursuant to 18 U.S.C. § 3500 and Rule 26.2 of the Federal Rules of Criminal Procedure in connection with trial in the above-referenced case ("Section 3500 material"). The government will continue to provide you with additional disclosures of Section 3500 material on a rolling basis.

    These materials are provided to you pursuant our agreement to provide the defendants with early disclosure of Section 3500 material as well as the protective order regarding this material issued by the Court on August 12, 2011 (<u>see</u> Docket No. 1227).

Adam D. Perlmutter, Esq.
Samuel M. Braverman, Esq.
September 8, 2011
Page 2

       If you have any questions regarding the enclosed material, please contact us.

                                Very truly yours,

                                LORETTA E. LYNCH
                                United States Attorney

                         By:   /s/James D. Gatta
                                Elizabeth A. Geddes
                                James D. Gatta
                                Cristina M. Posa
                                Assistant U.S. Attorneys

Enclosures

cc:  All Counsel (by ECF)
     Clerk of the Court (BMC) (by ECF)