

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EAG/JDG/CMP           *271 Cadman Plaza East*
F.#2008R00530         *Brooklyn, New York  11201*


November 8, 2011


<u>By Federal Express</u>

Adam D. Perlmutter, Esq.
260 Madison Avenue, Suite 1800
New York, NY 10016


Samuel M. Braverman, Esq.
901 Sheridan Avenue
Bronx, NY 10451


Susan Kellman, Esq.
25 8th Avenue
Brooklyn, NY 11217

        Re:  <u>United States v. Thomas Gioeli, et al.</u>
             <u>Criminal Docket No. 08-240 (BMC)</u>

Dear Counsel:

      Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following enclosed additional discovery in the above-captioned case.  The government also renews its request for reciprocal discovery.

| EXHIBITS | DESCRIPTION |
|---|---|
| 1323 | Digital video disc ("DVD") containing a surveillance video recording of Thomas Gioeli and others recorded on November 29, 2004 |
| 1324 | DVD containing surveillance video recordings of Thomas Gioeli, Dino Calabro and others recorded on January 22 and January 24, 2001 |

Adam D. Perlmutter, Esq.
Samuel M. Braverman, Esq.
Susan Kellman, Esq.
November 8, 2011
Page 2

| EXHIBITS | DESCRIPTION |
|---|---|
| 1325-1328 | Documents obtained during a search of a residence of Alphonse Persico on October 8, 1999 |
| 1329 | Verizon records regarding a pay telephone with telephone number (718) 232-9566 |
| 1330 | Compact disc ("CD") containing copies of photographs taken by the Office of the Chief Medical Examiner, City of New York ("NY OCME") in connection with the autopsy of Francesco Marasa |
| 1331 | CD containing copies of photographs taken by NY OCME in connection with the autopsy of Joseph Miccio |
| 1332 | CD containing copies of photographs taken by NY OCME in connection with the autopsy of Ralph Dols |
| 1333 | CD containing copies of photographs of Thomas Gioeli, Dino Calabro and others |
| 1334 | CD containing transcripts of the 2006 trial in United States v. Alphonse Persico and John DeRoss, 04 CR 911 (SJ) |
| 1335 | Records from Kings County Supreme Court regarding Richard Greaves v. The City of New York, Index No. 14833/91 |

In addition, the government is in possession of copies of X-ray images taken by the NY OCME in connection with the autopsies of Awjad Ennab, Francesco Marasa, Joseph Miccio and Ralph Dols. Should you wish to arrange a time to inspect these materials, please contact us.

Adam D. Perlmutter, Esq.
Samuel M. Braverman, Esq.
Susan Kellman, Esq.
November 8, 2011
Page 3

      If you have any questions or requests, please contact us.

                              Sincerely,

                              LORETTA E. LYNCH
                              United States Attorney

                        By:  /s/James D. Gatta
                              Elizabeth A. Geddes
                              James D. Gatta
                              Cristina M. Posa
                              Assistant U.S. Attorneys

cc:  Carl J. Herman, Esq. (by ECF) (w/o enclosures)
     Louis V. Fasulo, Esq. (by ECF) (w/o enclosures)
     David Stern, Esq. (by ECF) (w/o enclosures)
     Jane Fisher-Byrialsen, Esq. (by ECF) (w/o enclosures)
     Clerk of the Court (BMC) (by ECF) (w/o enclosures)