# Law Offices of Adam D. Perlmutter, P.C.
### Attorneys At Law

260 Madison Avenue, Suite 1800
New York, NY 10016
Tel. (212) 679-1990
Fax. (212) 679-1995

Adam D. Perlmutter, Esq.
—
Jennifer Louis-Jeune, Esq.

Of Counsel
Paul Greenfield, Esq.

November 8, 2011

**TO BE FILED UNDER SEAL**

**VIA ECF & FACSIMILE**

The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: **United States of America v. Thomas Gioeli, *et al.*
Case No. 08-cr-240 (S-6) (BMC)**

Dear Judge Cogan:

    I am an attorney for Thomas Gioeli in connection with the above matter.

    I understand that letters have been filed with the Court by Mr. Gioeli and his family requesting an order from the Court allowing Mr. Gioeli to attend his daughter's wedding. As this request touches upon purely personal matters that do not involve the government, I ask that the letters be placed under seal.

    I want to thank the Court for its consideration of the foregoing.

Respectfully submitted,

*/s/ Adam D. Perlmutter*

Adam D. Perlmutter

The Honorable Brian M. Cogan
November 8, 2011
Page 2 of 2


Cc:     Thomas S. Gioeli (via regular mail)