UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X

UNITED STATES OF AMERICA,

                Plaintiff,

        - against -

THOMAS GIOELI,

                Defendant.

-------------------------------------------------------------- X

**ORDER**

CR-08-240-2 (BMC)

The Court has received letters from defendant Thomas Gioeli and his family requesting his temporary release so that he can attend his daughter's wedding. The Court has conferred with the U.S. Marshals Service and with other judges in the courthouse and concludes that such a release is not feasible. Although the Court would like to accommodate the family members, the security issues presented and the charges against this particular defendant compel the Court to deny the request.

**SO ORDERED.**

                                              s/ Judge Brian M. Cogan
                                              U.S.D.J.

Dated: Brooklyn, New York
       November 15, 2011