

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EAG/JDG/CMP
F.#2008R00530

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

November 22, 2011

By ECF

The Honorable Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:  United States v. Thomas Gioeli, et al.
>      Criminal Docket No. 08-240 (S-6) (BMC)

Dear Judge Cogan:

The government writes respectfully in connection with its motion in limine to permit the admission of certain evidence and to preclude certain references at trial.  The government's reply to the defendants' opposition papers to the government's motion is due on November 23, 2011.  The government respectfully requests, pursuant to Section III.B.2 of the Court's Individual Practices, permission to file a reply brief in excess of 10 pages.  The government anticipates that its reply will be approximately 21 pages.

Thank you for your consideration of this request.

Respectfully submitted,

LORETTA E. LYNCH
United States Attorney

By:  /s/James D. Gatta
     Elizabeth A. Geddes
     James D. Gatta
     Cristina M. Posa
     Assistant U.S. Attorneys

cc: Clerk of the Court (BMC) (by ECF)
    All Counsel (by ECF)