

*U.S. Department of Justice*

*United States Attorney*
*Eastern District of New York*

EAG/JDG/CMP
F.#2008R00530

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

January 12, 2012

<u>By ECF</u>

The Honorable Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:  United States v. Thomas Gioeli, et al.
            <u>Criminal Docket No. 08-240 (S-6) (BMC)</u>

Dear Judge Cogan:

    On December 14, 2011, the government filed a second motion <u>in</u> <u>limine</u> to admit certain evidence against the defendants at trial.  (<u>See</u> Docket Entry No. 1318).  On January 9 and January 11, 2012, the defendants filed their papers in opposition.  (<u>See</u> Docket Entry Nos. 1326 and 1328).  The government writes respectfully to request permission to file a reply brief on or before January 23, 2012.  Counsel for the defendants have

The Honorable Brian M. Cogan
January 12, 2012
Page 2

consented to this request.  The government does not request oral argument in connection with this in limine motion.

                                Respectfully submitted,

                                LORETTA E. LYNCH
                                UNITED STATES ATTORNEY

                    By:  /s/ James D. Gatta
                         Elizabeth A. Geddes
                         James D. Gatta
                         Cristina M. Posa
                         Assistant U.S. Attorneys

cc:  Adam D. Perlmutter, Esq. (by ECF)
     Carl J. Herman, Esq. (by ECF)
     Samuel W. Braverman, Esq. (by ECF)
     Louis V. Fasulo, Esq. (by ECF)
     Clerk of the Court (BMC) (by ECF)