

*U.S. Department of Justice*

*United States Attorney*
*Eastern District of New York*

EAG/JDG/CMP
F.#2008R00530

*271 Cadman Plaza East*

*Brooklyn, New York  11201*

January 27, 2012

<u>By Federal Express</u>

Adam D. Perlmutter, Esq.
260 Madison Avenue, Suite 1800
New York, NY 10016

Samuel M. Braverman, Esq.
901 Sheridan Avenue
Bronx, NY 10451

Susan Kellman, Esq.
25 8th Avenue
Brooklyn, NY 11217

       Re:  <u>United States v. Thomas Gioeli, et al.</u>
            <u>Criminal Docket No. 08-240 (BMC)</u>

Dear Counsel:

      Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following enclosed additional discovery in the above-captioned case.  The government also renews its request for reciprocal discovery.

| EXHIBIT | DESCRIPTION |
|---|---|
| 1336 | Crime scene reports for the murder of Police Officer Ralph Dols, numbered 1-164 |
| 1337 | Crime scene reports for the murder of Frank Marasa, numbered 1-7 |
| 1338 | Crime scene reports for the murders of Michael Imbergamo and John Minerva, numbered 1-5 |

| EXHIBIT | DESCRIPTION |
|---|---|
| 1339 | Crime scene reports for the murder of Joseph Miccio, numbered 1-4 |
| 1340 | New York State Department of Motor Vehicles records for Ralph Dols and Kim Kennaugh, numbered 1-32 |
| 1341 | Copies of certified property records for 1378 72nd Street, Brooklyn, New York (Scopo residence) |
| 1342 | Copies of certified property records for 286 Mayfair Drive, North Brooklyn, New York (Baudanza residence) |
| 1343 | Copies of certified property records for 475 Avenue Y, Brooklyn, New York |
| 1344 | Copies of certified property records for 12 Bay 49th Street, Brooklyn, New York |
| 1345 | Copies of certified property records for 3 Frank Avenue, Farmingdale, New York |
| 1346 | Copies of certified property records for 4 Dorothy Court, Farmingdale, New York |
| 1347 | Copies of certified property records for 289 Riverside Drive, Wantagh, New York |
| 1348 | Copies of certified property records for 1036 West 7th Street, West Babylon, New York |
| 1349 | Copies of certified property records for 645 West 10th Street, West Babylon, New York |
| 1350 | Copies of certified property records for 14 Baldwin Street, Farmingdale, New York |
| 1351 | Copies of certified property records for 21 Baldwin Street, Farmingdale, New York |
| 1352 | Latent Fingerprint Section Reports comparing a latent fingerprint found by the Nassau County crime scene unit in connection with the 1991 robbery of Furs by Mina with fingerprints of Thomas Gioeli, Dino Calabro, Richard Greaves, Awjab Ennab and Joseph Monteleone |

| EXHIBIT | DESCRIPTION |
|---|---|
| 1353 | Latent Fingerprint Section Reports comparing a latent fingerprint found by the Nassau County crime scene unit in connection with the 1995 robbery of Chemical Bank with fingerprints of Joseph Competiello, Dino Saracino and Richard Greaves |
| 1354 | Latent Fingerprint Section Reports comparing a latent palm print found by the Nassau County crime scene unit in connection with the 1992 double murder of Michael Imbergamo and John Minerva with fingerprints of Thomas Gioeli, Dino Calabro, Joseph Russo, Frank Sparaco, Robert Ventriglia, Anthony Colandra and Richard Greaves |

If you have any questions or requests, please contact us.

Sincerely,

LORETTA E. LYNCH
United States Attorney

By: /s/ Cristina M. Posa
Elizabeth A. Geddes
James D. Gatta
Cristina M. Posa
Assistant U.S. Attorneys

cc: Carl J. Herman, Esq. (by ECF) (w/o enclosures)
Louis V. Fasulo, Esq. (by ECF) (w/o enclosures)
David Stern, Esq. (by ECF) (w/o enclosures)
Jane Fisher-Byrialsen, Esq. (by ECF) (w/o enclosures)
Clerk of the Court (BMC) (by ECF) (w/o enclosures)