

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EAG/JDG/CMP                     *271 Cadman Plaza East*
F.#2008R00530                   *Brooklyn, New York  11201*

January 31, 2012

<u>By ECF and Federal Express</u>

Adam D. Perlmutter, Esq.
260 Madison Avenue, Suite 1800
New York, NY 10016

Samuel M. Braverman, Esq.
901 Sheridan Avenue
Bronx, NY 10451

Susan Kellman, Esq.
25 8th Avenue
Brooklyn, NY 11217

       Re:  <u>United States v. Thomas Gioeli, et al.</u>
            <u>Criminal Docket No. 08-240 (BMC)</u>

Dear Counsel:

      Pursuant to Rule 16 of the Federal Rules of Criminal Procedure and the government's obligations under <u>Brady v. Maryland</u>, 373 U.S. 83 (1963), the government hereby furnishes the following additional discovery in the above-captioned case.

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| 1358 | Mitochondrial DNA Laboratory Report concluding that Joseph Competiello cannot be excluded as the source of a hair recovered from the scene of the Ralph Dols murder and can be excluded as the source of another hair recovered from the scene of the Dols murder |
| 1359 | Mitochondrial DNA Laboratory Report concluding that Dino Calabro can be excluded as the source of two hairs recovered from the scene of the Ralph Dols murder |

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| 1360 | Mitochondrial DNA Laboratory Report concluding that Dino Saracino can be excluded as the source of two hairs recovered from the scene of the Ralph Dols murder |

                                        Sincerely,

                                        LORETTA E. LYNCH
                                        United States Attorney

                                By:  /s/ Elizabeth A. Geddes
                                            Elizabeth A. Geddes
                                            James D. Gatta
                                            Cristina M. Posa
                                            Assistant U.S. Attorneys

cc: All counsel (by ECF) (w/o enclosures)
    Clerk of the Court (BMC) (by ECF) (w/o enclosures)