

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EAG/JDG/CMP  
F.#2008R00530

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

February 2, 2012

By ECF

The Honorable Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

       Re:  United States v. Thomas Gioeli, et al.
            Criminal Docket No. 08-240 (BMC)

Dear Judge Cogan:

       On or about October 25, 2011, the Court "So Ordered" a trial subpoena in the above-captioned case to the New York State Department of Health, Vital Records Section, Certification Unit, seeking "certified copies of marriage records for Lina Dorazio, nee Lina Competiello."  In response, the subpoenaed entity mailed the requested documents to the Court and the Clerk Office currently has possession of the documents.  Because the Clerk of the Court has advised that it cannot release the documents to the government without an Order of the Court, the government

The Honorable Brian M. Cogan
February 2, 2012
Page 2

respectfully requests that the Court issue an Order, permitting the government to obtain the original documents from the Clerk's Office.

                Respectfully submitted,

                LORETTA E. LYNCH
                United States Attorney

By:  /s/ Elizabeth A. Geddes
     Elizabeth A. Geddes
     James D. Gatta
     Cristina M. Posa
     Assistant U.S. Attorneys

Enclosure

cc:  Clerk of the Court (BMC) (by ECF)
     All Counsel (by ECF)