

*U.S. Department of Justice*

*United States Attorney
Eastern District of New York*

EAG/JDG/CMP
F.#2008R00530

*271 Cadman Plaza East*

*Brooklyn, New York 11201*

February 3, 2012

By ECF and Federal Express

Adam D. Perlmutter, Esq.
260 Madison Avenue, Suite 1800
New York, NY 10016

Samuel M. Braverman, Esq.
901 Sheridan Avenue
Bronx, NY 10451

Susan Kellman, Esq.
25 8th Avenue
Brooklyn, NY 11217

       Re:  United States v. Thomas Gioeli, et al.
             Criminal Docket No. 08-240 (BMC)

Dear Counsel:

      Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government's obligations under Brady v. Maryland, 373 U.S. 83 (1963) and Court's prior order of November 4, 2009,[1] the government hereby furnishes the following additional discovery in the above-captioned case.

      Please note that Discovery Exhibits 1361 to 1362 contain Internal Affairs Bureau ("IAB") Source Materials, as defined in the government's January 30, 2012 discovery letter (ECF Docket No. 1340).

---

[1] See United States v. Gioeli, et al., No. 08 CR 240 (BMC), ECF Docket No. 442 (filed November 4, 2009).

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| 1361 | CD containing Box 2 of the IAB Source Materials, organized into PDF files according to the original file folders and labeled "Folders 1-38" |
| 1362 | CD containing Box 3 of the IAB Source Materials, organized into PDF files according to the original file folders and labeled "Folders 1-38" |

Sincerely,

LORETTA E. LYNCH
United States Attorney

By: /s/ Cristina M. Posa
Elizabeth A. Geddes
James D. Gatta
Cristina M. Posa
Assistant U.S. Attorneys

cc: All counsel (by ECF) (w/o enclosures)
    Clerk of the Court (BMC) (by ECF) (w/o enclosures)