

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EAG/JDG/CMP     *271 Cadman Plaza East*
F.#2008R00530    *Brooklyn, New York 11201*

February 8, 2012

<u>By Federal Express</u>

Adam D. Perlmutter, Esq.
260 Madison Avenue, Suite 1800
New York, NY 10016

Samuel M. Braverman, Esq.
901 Sheridan Avenue
Bronx, NY 10451

Susan Kellman, Esq.
25 8th Avenue
Brooklyn, NY 11217

       Re:  United States v. Thomas Gioeli, et al.
            <u>Criminal Docket No. 08-240 (BMC)</u>

Dear Counsel:

       Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government's obligations under <u>Brady v. Maryland</u>, 373 U.S. 83 (1963) and Court's prior order of November 4, 2009,[1] the government hereby furnishes the following additional discovery in the above-captioned case.

       Please note that Discovery Exhibits 1373 and 1374 contain Internal Affairs Bureau ("IAB") Source Materials, as defined in the government's January 30, 2012 discovery letter (ECF Docket No. 1340).

---

      [1]    See <u>United States v. Gioeli, et al.</u>, No. 08 CR 240 (BMC), ECF Docket No. 442 (filed November 4, 2009).

Adam D. Perlmutter, Esq.
Samuel M. Braverman, Esq.
Susan Kellman, Esq.
February 8, 2012
Page 2

| EXHIBIT | DESCRIPTION |
|---|---|
| 1363a-l | Draft transcriptions of portions of consensual recordings dated March 19, April 23, April 24, April 25, May 6, May 7, May 11, May 12, May 14, June 9 and June 23, 2008[2] |
| 1364 | Compact disc containing portions of consensual recordings dated March 19, April 23, April 24, April 25, May 6, May 7, May 11, May 12, May 14, June 9 and June 23, 2008 |
| 1365 | New York State Department of Health License and Certificate of Marriage of Lina D'Orazio (née Lina Competiello) |
| 1366 | Surveillance photographs of Thomas Gioeli, Dino Calabro, Nicky Rizzo and others, taken June 13, 2002 |
| 1367 | Surveillance photographs of Dino Calabro, Vincent DeMartino and others, taken July 3, 2002 |
| 1368 | Photographs of Ralph Dols and others |
| 1369 | Digital video disc containing surveillance video of David Gordon and others, recorded February 29, 2008 |
| 1370 | Surveillance photographs of Thomas Gioeli and Joseph Monteleone, Sr., taken March 2, 1992 |
| 1371 | Copy of certified Certificate of Marriage Registration of Joel Cacace and Kim Kennaugh |

---

[2] The draft transcriptions are being provided in accordance with the draft transcript stipulations previously executed by counsel on behalf of the defendants.

Adam D. Perlmutter, Esq.
Samuel M. Braverman, Esq.
Susan Kellman, Esq.
February 8, 2012
Page 3

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| 1372 | Surveillance photographs of Dino Saracino, Dino Calabro and others, taken August 6, 1997 |
| 1373 | CD containing six audio recordings from the IAB Source Materials, which have been converted from the original audio cassette format to .wav files |
| 1374 | CD containing Box 4 of the IAB Source Materials, organized into PDF files according to the original file folders and labeled "Folders 1-33" |

    If you have any questions or requests, please contact us.

                                          Sincerely,

                                          LORETTA E. LYNCH
                                          United States Attorney

                        By:  /s/James D. Gatta
                             Elizabeth A. Geddes
                             James D. Gatta
                             Cristina M. Posa
                             Assistant U.S. Attorneys

cc:  All Counsel (by ECF) (w/o enclosures)
     Clerk of the Court (BMC) (by ECF) (w/o enclosures)