

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EAG/JDG/CMP
F.#2008R00530

*271 Cadman Plaza East*

*Brooklyn, New York  11201*

February 14, 2012

<u>By Federal Express</u>

Adam D. Perlmutter, Esq.
260 Madison Avenue, Suite 1800
New York, NY 10016

Samuel M. Braverman, Esq.
901 Sheridan Avenue
Bronx, NY 10451

Susan Kellman, Esq.
25 8th Avenue
Brooklyn, NY 11217

       Re:  United States v. Thomas Gioeli, et al.
            <u>Criminal Docket No. 08-240 (BMC)</u>

Dear Counsel:

       Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government's obligations under <u>Brady v. Maryland</u>, 373 U.S. 83 (1963) and Court's prior order of November 4, 2009,[1] the government hereby furnishes the following additional discovery in the above-captioned case.

       Please note that Discovery Exhibits 1375 to 1377 contain Internal Affairs Bureau ("IAB") Source Materials, as defined in the government's January 30, 2012 discovery letter (ECF Docket No. 1340).

---

      [1]    <u>See</u> <u>United States v. Gioeli, et al.</u>, No. 08 CR 240 (BMC), ECF Docket No. 442 (filed November 4, 2009).

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| 1375 | CD containing Box 5 of the IAB Source Materials, organized into PDF files according to the original file folders and labeled "Folders 1-24" |
| 1376 | CD containing Box 6 of the IAB Source Materials, organized into PDF files according to the original file folders and labeled "Folders 1-56" |
| 1377 | CD containing Box 7 of the IAB Source Materials, organized into PDF files according to the original file folders and labeled "Folders 1-48" |
| 1378 | City of New York Office of the Chief Medical Examiner Laboratory Report of results of PCR (polymerase chain reaction) DNA testing on certain cigarette butts obtained from the scene of the Ralph Dols murder |
| 1379 | Photographs taken during search of Dino Saracino's vehicle on June 23, 2008 |

If you have any questions or requests, please contact us.

                    Sincerely,

                    LORETTA E. LYNCH
                    United States Attorney

          By:  /s/ Cristina M. Posa
                Elizabeth A. Geddes
                James D. Gatta
                Cristina M. Posa
                Assistant U.S. Attorneys

cc:  All Counsel (by ECF) (w/o enclosures)
     Clerk of the Court (BMC) (by ECF) (w/o enclosures)