**DOCKET NUMBER:** 08-CR-240-BMC-RER

Date Received By Docket Clerk: _____  Docket Clerk Initials: _____

**BEFORE JUDGE:** Cogan   **DATE:** 2/21/2012   **TIME:** _____

**CRIMINAL CAUSE FOR** Status Conference   **TIME IN COURT** ___ HRS ___ MINS

**DEFENDANT'S NAME:** Thomas Gioeli   **DEFENDANTS #** 2

☐ Present   ☒ Not Present   ☒ Custody   ☐ Not Custody

**DEFENSE COUNSEL:** Carl Jordan Herman (retained) & Adam Perlmutter (CJA)
☒ Present ☐ Not Present ☐ Federal Defender ☐ CJA ☐ Retained

**DEFENDANT'S NAME:** Dino Saracino   **DEFENDANTS #** 13

☐ Present   ☒ Not Present   ☒ Custody   ☐ Not Custody

**DEFENSE COUNSEL:** Louis V. Fasulo (retained) & Samuel M. Braverman (CJA)
☒ Present ☐ Not Present ☐ Federal Defender ☐ CJA ☐ Retained

**DEFENDANT'S NAME:** _____   **DEFENDANTS #** _____

☐ Present   ☐ Not Present   ☐ Custody   ☐ Not Custody

**DEFENSE COUNSEL:** _____
☐ Present ☐ Not Present ☐ Federal Defender ☐ CJA ☐ Retained

**A.U.S.A.:** James Donald Gatta, Christina Marie Posa   **PRETRIAL/PROBATION OFFICER** _____

**CASE MANAGER OR MAGISTRATE CLERICAL** Lewis Hugh

**COURT REPORTER: OR ESR OPERATOR** Marsha Diamond   **TAPE LOG** _____

**INTERPRETER:** _____   **LANGUAGE:** _____

### Select the Type of Hearing or Trial   CONTESTED [ ]YES   [ ]NO

| | | |
|---|---|---|
| [ ]Allocution Hearing | [ ]In Camera Hearing | [ ]Plea and Sentence |
| [ ]Arraignment | [ ]In Chambers Conference | [ ]Preliminary Examination |
| [ ]Attorney Appointment Hearing | [ ]Initial Appearance | [ ]Preliminary Revocation Hearing |
| [ ]Bench Trial | [ ]Initial Appearance-Material Witness | [ ]Pretrial Conference |
| [ ]Bond Forfeiture Hearing | [ ]Initial Appearance-Revocation Proceedings | [ ]Pro Se(Faretta) Hearing |
| [ ]Bond Hearing | [ ]Initial Appearance-Rule 5(c)(3) | [ ]Psychiatric Report Hearing |
| [ ]Bond Rrevocation Hearing | [ ]Forfeiture Hearing | [ ]Remand Hearing |
| [ ]Change of Plea Hearing | [ ]Franks Hearing | [ ]Revocation of Probation - Final Hearing |
| [ ]Competency Hearing | [ ]James Hearing | [ ]Revocation of Supervised Release-Final Hearing |
| [ ]Curcio Hearing | [ ]Jury Selection | [ ]Rule 44© Hearing |
| [ ]Daubert Hearing | [ ]Jury Trial | [ ]Scheduling Conference |
| [ ]Detention Hearing | [ ]Jury Trial-Death Penalty Phase | [ ] Sentencing |
| [ ]Detention Hearing Material Witness | [ ]Jury Trial-Sentence Enhancement Phase | [ ]Show Cause Hearing |
| [ ]Discovery Hearing | [ ]Markman Hearing | [☒]Status Conference |
| [ ]Dispositional Hearing (Juvenile) | [ ]Material Witness Hearing | [ ]Suppression Hearing |
| [ ]Docket Call | [ ]Motion Hearing | [ ]Telephone Conference |
| [ ]Evidentiary Hearing | [ ]Motion Hearing-Material Witness | [ ]Voir Dire |
| [ ]Extradition Hearing | [ ]Motions No longer Referred | |
| [ ]Fatico Hearing | [ ]Motions Referred Upon Consent to Magistrate Judge Disposition | |
| [ ]Forfeiture Hearing | [ ]Nebbia Hearing | [ ]Other (please specify) |
| [ ]Detention Hearing | [ ]Omnibus Hearing | |
| [ ]Hearing Out-Of-Jury Presence | [ ]Plea Agreement Hearing | |

### Select the action.

[ ]Began   [ ]Held   [ ]Continued   [ ]Completed   [ ]Scheduled for

**Date:** _____   **Time** _____   **FOR** _____

**Type of Hearing**

UTILITIES

| | | |
|---|---|---|
| [ ]~Util-Add Terminate Attorneys | [ ]~Util-Document Unsealed | [ ]~Util-Set/Reset Deadlines/Hearings |
| [ ]~Util-Bond-Set/Reset | [ ]~Util-Exparte Matter | [ ]~Util-Set/Reset Hearings |
| [ ]~Util-Case Sealed | [ ]~Util-Indictment Unsealed | [ ]~Util-Set/Reset Motion & R&R Deadlines/Headlines |
| [ ]~Util-Case Unsealed | [ ]~Util-Information Unsealed | [ ]~Util-Terminate Motions |
| [ ]~Util-Counts To Be Tried Separately | [ ]~Util-Interpreter Appointed | [ ]~Util-Terminate Partiest |
| [ ]~Util-Defendant Severed From Co-Defendants | [ ]~Util-Plea Entered | |
| [ ]~Util-Document Sealed | [ ]~Util-Set/Reset Deadlines | |

Period of Excludable Delay/ Speedy Trial Start:_____
Period of Excludable Delay/ Speedy Trial Stop:_____

CODE TYPE: Please Circle

| | | | |
|---|---|---|---|
| XA- Competency/Capacity Exam | XC- Trial on Other Charges | XD- Interlocutory Appeal | XE- Pretrial Motions |
| XF- Transfer Proceedings | XG- Motion under Advisement | XH- Miscellaneous Proceedings | XI- Prosecution deferred |
| XJ- Transportation from Other District | XK- Proposed Plea Agreement | XM- Unavailable Witness/Defendant | XN- Incompetency |
| XP- Superseding Indictment/charges | XR- Awaiting Trial of Co-Defendant | XT- Interest of Justice | XU-Withdrawal of Guilty Plea |
| XW- Grand Jury Indictment Tim extension | | | |

DOCKET CLERK SHALL ENTER UTILITY EVENT *SPEEDY TRAIL EXLUDABLE DELAY- START & SPEEDY TRIAL EXCLUDABLE DELAY-STOP*

**Do these minutes contain ruling(s) on motion(s)?** ❑ YES ❑ NO

MOTION[S] TYPE and DOCUMENT NUMBER OF MOTION RULED ON:
_____
_____

TYPES OF DECISIONS

| | | |
|---|---|---|
| [ ]Adopting Report & Recommendation as to | [ ]Granting | [ ]Taking Under Advisement |
| [ ]Adopting in Part on Report & Recommendation as to | [ ]Granting In Part and Denying In Part | [ ]Temporarily Denying |
| [ ]Deferring Ruling on | [ ]Rescinding | [ ]Temporarily Granting |
| [ ]Denying | [ ]Settling | [ ]Temporarily Granting In Part and Denying In Part |
| [ ]Dismissing | [ ]Striking | [ ]Terminating |
| [ ]Entered | [ ]Submitted | [ ]Vacating |
| [ ]Finding as Moot | [ ]Sustaining | [ ]Withdrawing |

Defense counsel's motion for adjournment is DENIED for reasons stated on the record. Government will make their best effort to keep Defense up to date regarding trial submissions. Date of March 8, 2012 is kept. Defendants' appearances waived.