

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EAG/JDG/CMP
F.#2008R00530

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

February 21, 2012

<u>By Hand Delivery</u>

Adam D. Perlmutter, Esq.
260 Madison Avenue, Suite 1800
New York, NY 10016

Samuel M. Braverman, Esq.
901 Sheridan Avenue
Bronx, NY 10451

Susan Kellman, Esq.
25 8th Avenue
Brooklyn, NY 11217

Re:  United States v. Thomas Gioeli, et al.
<u>     Criminal Docket No. 08-240 (BMC)     </u>

Dear Counsel:

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following additional discovery in the above-captioned case.

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| 1383 | Records of United States Customs and Border Protection regarding border crossings made by Reynold Maragni and the spouse of Dino Calabro |
| 1384 | Photographs of Thomas Gioeli, Joseph Russo, William Russo, Joseph Monteleone, Sr., Salvatore Miciotta, John Minerva and others |
| 1385 | Photographs of Dino Saracino, Sebastiano Saracino, David Gordon and others |

Adam D. Perlmutter, Esq.
Samuel M. Braverman, Esq.
Susan Kellman, Esq.
February 21, 2012
Page 2

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| 1386 | Baptismal certificate for a child of David Gordon |
| 1387 | Compact disc ("CD") containing copies of surveillance photographs taken September 19 and September 24, 1995 and January 25, 1996 of Thomas Gioeli and others |
| 1388 | Metromedia Paging Services Contract |
| 1389 | P.O. Box Application for Joseph Monteleone, Jr. |

If you have any questions or requests, please contact us.

Sincerely,

LORETTA E. LYNCH
United States Attorney

By: /s/James D. Gatta
    Elizabeth A. Geddes
    James D. Gatta
    Cristina M. Posa
    Assistant U.S. Attorneys

cc: All Counsel (by ECF) (w/o enclosures)
    Clerk of the Court (BMC) (by ECF) (w/o enclosures)