

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EAG/JDG/CMP                                        *271 Cadman Plaza East*
F.#2008R00530                                      *Brooklyn, New York  11201*


                                                   February 22, 2012


<u>By Federal Express</u>

Adam D. Perlmutter, Esq.
260 Madison Avenue, Suite 1800
New York, NY 10016


Samuel M. Braverman, Esq.
901 Sheridan Avenue
Bronx, NY 10451


Susan Kellman, Esq.
25 8th Avenue
Brooklyn, NY 11217

                Re:  United States v. Thomas Gioeli, et al.
                     <u>Criminal Docket No. 08-240 (BMC)</u>

Dear Counsel:

        Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following additional discovery in the above-captioned case.

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| 1390A<br>1390B | Two DVDs, labeled 1390A and 1390B, containing video surveillance taken at 2116 Avenue X in Brooklyn on May 1, 1996, including video images of Thomas Gioeli, Dino Saracino, Joel Cacace and others |
| 1391 | DVD containing video surveillance taken at 2116 Avenue X in Brooklyn on May 8, 1996, including video images of Saracino, Cacace and others |

Adam D. Perlmutter, Esq.
Samuel M. Braverman, Esq.
Susan Kellman, Esq.
February 22, 2012
Page 2

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| 1392 | DVD containing video surveillance taken at 2116 Avenue X in Brooklyn on May 15, 1996, including video images of Gioeli, Saracino, Cacace and others |
| 1393 | DVD containing video surveillance taken at 2116 Avenue X in Brooklyn on May 29, 1996, including video images of Gioeli, Saracino, Cacace and others |
| 1394 | – No Discovery Exhibit – |
| 1395 | Surveillance photographs of Thomas Gioeli and others dated June 11, 1996 |
| 1396 | Surveillance photographs of Thomas Gioeli, Dino Calabro and others dated July 23, 1997 |
| 1397 | Surveillance photographs of Thomas Gioeli and others dated October 3, 1995 |
| 1398 | Surveillance photographs of Thomas Gioeli and others dated February 6, 1998 |
| 1399 | Surveillance photographs of Thomas Gioeli, Joel Cacace and others dated February 12, 1998 |

The government is in possession of the following physical evidence that it may seek to introduce at trial: (1) certain items removed from the remains of William Cutolo, including the bullet removed from Cutolo's skull; (2) a buccal swab taken from the mother of Carmine Gargano; and (3) a buccal swab taken from Joseph Competiello. As the government comes into possession of additional physical evidence, you will be notified pursuant to Rule 16(a)(1)(E). Should you wish to arrange a time to inspect any physical evidence in the government's possession, please contact us.

Adam D. Perlmutter, Esq.
Samuel M. Braverman, Esq.
Susan Kellman, Esq.
February 22, 2012
Page 3

    If you have any questions or requests, please contact us.

                                 Sincerely,

                                 LORETTA E. LYNCH
                                 United States Attorney

                        By:   /s/James D. Gatta
                             Elizabeth A. Geddes
                             James D. Gatta
                             Cristina M. Posa
                             Assistant U.S. Attorneys

cc:  All Counsel (by ECF) (w/o enclosures)
     Clerk of the Court (BMC) (by ECF) (w/o enclosures)



**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EAG/JDG/CMP
F.#2008R00530

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

February 22, 2012

<u>By Federal Express</u>

Adam D. Perlmutter, Esq.
260 Madison Avenue, Suite 1800
New York, NY 10016

Samuel M. Braverman, Esq.
901 Sheridan Avenue
Bronx, NY 10451

Susan Kellman, Esq.
25 8th Avenue
Brooklyn, NY 11217

       Re:  <u>United States v. Thomas Gioeli, et al.</u>
            <u>Criminal Docket No. 08-240 (BMC)</u>

Dear Counsel:

       Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following additional discovery in the above-captioned case.

| EXHIBIT | DESCRIPTION |
|---|---|
| 1390A<br>1390B | Two DVDs, labeled 1390A and 1390B, containing video surveillance taken at 2116 Avenue X in Brooklyn on May 1, 1996, including video images of Thomas Gioeli, Dino Saracino, Joel Cacace and others |
| 1391 | DVD containing video surveillance taken at 2116 Avenue X in Brooklyn on May 8, 1996, including video images of Saracino, Cacace and others |

Adam D. Perlmutter, Esq.
Samuel M. Braverman, Esq.
Susan Kellman, Esq.
February 22, 2012
Page 2

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| 1392 | DVD containing video surveillance taken at 2116 Avenue X in Brooklyn on May 15, 1996, including video images of Gioeli, Saracino, Cacace and others |
| 1393 | DVD containing video surveillance taken at 2116 Avenue X in Brooklyn on May 29, 1996, including video images of Gioeli, Saracino, Cacace and others |
| 1394 | – No Discovery Exhibit – |
| 1395 | Surveillance photographs of Thomas Gioeli and others dated June 11, 1996 |
| 1396 | Surveillance photographs of Thomas Gioeli, Dino Calabro and others dated July 23, 1997 |
| 1397 | Surveillance photographs of Thomas Gioeli and others dated October 3, 1995 |
| 1398 | Surveillance photographs of Thomas Gioeli and others dated February 6, 1998 |
| 1399 | Surveillance photographs of Thomas Gioeli, Joel Cacace and others dated February 12, 1998 |

The government is in possession of the following physical evidence that it may seek to introduce at trial: (1) certain items removed from the remains of William Cutolo, including the bullet removed from Cutolo's skull; (2) a buccal swab taken from the mother of Carmine Gargano; and (3) a buccal swab taken from Joseph Competiello. As the government comes into possession of additional physical evidence, you will be notified pursuant to Rule 16(a)(1)(E). Should you wish to arrange a time to inspect any physical evidence in the government's possession, please contact us.

Adam D. Perlmutter, Esq.
Samuel M. Braverman, Esq.
Susan Kellman, Esq.
February 22, 2012
Page 3

     If you have any questions or requests, please contact us.

                      Sincerely,

                      LORETTA E. LYNCH
                      United States Attorney

                By:  /s/James D. Gatta
                      Elizabeth A. Geddes
                      James D. Gatta
                      Cristina M. Posa
                      Assistant U.S. Attorneys

cc:  All Counsel (by ECF) (w/o enclosures)
     Clerk of the Court (BMC) (by ECF) (w/o enclosures)



**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EAG/JDG/CMP           *271 Cadman Plaza East*
F.#2008R00530         *Brooklyn, New York  11201*

February 22, 2012

By Federal Express

Adam D. Perlmutter, Esq.
260 Madison Avenue, Suite 1800
New York, NY 10016

Samuel M. Braverman, Esq.
901 Sheridan Avenue
Bronx, NY 10451

Susan Kellman, Esq.
25 8th Avenue
Brooklyn, NY 11217

> Re:  United States v. Thomas Gioeli, et al.
>      Criminal Docket No. 08-240 (BMC)

Dear Counsel:

    Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following additional discovery in the above-captioned case.

| EXHIBIT | DESCRIPTION |
|---|---|
| 1390A 1390B | Two DVDs, labeled 1390A and 1390B, containing video surveillance taken at 2116 Avenue X in Brooklyn on May 1, 1996, including video images of Thomas Gioeli, Dino Saracino, Joel Cacace and others |
| 1391 | DVD containing video surveillance taken at 2116 Avenue X in Brooklyn on May 8, 1996, including video images of Saracino, Cacace and others |

Adam D. Perlmutter, Esq.
Samuel M. Braverman, Esq.
Susan Kellman, Esq.
February 22, 2012
Page 2

| EXHIBIT | DESCRIPTION |
|---|---|
| 1392 | DVD containing video surveillance taken at 2116 Avenue X in Brooklyn on May 15, 1996, including video images of Gioeli, Saracino, Cacace and others |
| 1393 | DVD containing video surveillance taken at 2116 Avenue X in Brooklyn on May 29, 1996, including video images of Gioeli, Saracino, Cacace and others |
| 1394 | – No Discovery Exhibit – |
| 1395 | Surveillance photographs of Thomas Gioeli and others dated June 11, 1996 |
| 1396 | Surveillance photographs of Thomas Gioeli, Dino Calabro and others dated July 23, 1997 |
| 1397 | Surveillance photographs of Thomas Gioeli and others dated October 3, 1995 |
| 1398 | Surveillance photographs of Thomas Gioeli and others dated February 6, 1998 |
| 1399 | Surveillance photographs of Thomas Gioeli, Joel Cacace and others dated February 12, 1998 |

The government is in possession of the following physical evidence that it may seek to introduce at trial: (1) certain items removed from the remains of William Cutolo, including the bullet removed from Cutolo's skull; (2) a buccal swab taken from the mother of Carmine Gargano; and (3) a buccal swab taken from Joseph Competiello. As the government comes into possession of additional physical evidence, you will be notified pursuant to Rule 16(a)(1)(E). Should you wish to arrange a time to inspect any physical evidence in the government's possession, please contact us.

Adam D. Perlmutter, Esq.
Samuel M. Braverman, Esq.
Susan Kellman, Esq.
February 22, 2012
Page 3

    If you have any questions or requests, please contact us.

                      Sincerely,

                      LORETTA E. LYNCH
                      United States Attorney

                By: /s/James D. Gatta
                     Elizabeth A. Geddes
                     James D. Gatta
                     Cristina M. Posa
                     Assistant U.S. Attorneys

cc: All Counsel (by ECF) (w/o enclosures)
    Clerk of the Court (BMC) (by ECF) (w/o enclosures)