

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EAG/JDG/CMP
F.#2008R00530

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 23, 2012

<u>By Federal Express</u>

Adam D. Perlmutter, Esq.
260 Madison Avenue, Suite 1800
New York, NY 10016

Samuel M. Braverman, Esq.
901 Sheridan Avenue
Bronx, NY 10451

Susan Kellman, Esq.
25 8th Avenue
Brooklyn, NY 11217

   Re: <u>United States v. Thomas Gioeli, et al.</u>
     <u>Criminal Docket No. 08-240 (BMC)</u>

Dear Counsel:

   Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following additional discovery in the above-captioned case.

| EXHIBIT | DESCRIPTION |
|---|---|
| 1400 | DVD containing video surveillance taken on November 23, 2011 of Reynold Maragni, Luca Dematteo and Vincent Manzo |
| 1401 | DVD containing video surveillance taken on December 7, 2011 of Reynold Maragni and Vincent Manzo |
| 1402 | DVD containing video of the wedding of Alfonse and Kristi Russo |

Adam D. Perlmutter, Esq.
Samuel M. Braverman, Esq.
Susan Kellman, Esq.
February 23, 2012
Page 2

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| 1403 | City of New York Office of the Chief Medical Examiner certified case file regarding Mitochondrial DNA Laboratory Report previously disclosed as Discovery Exhibit 1358 (concluding that Joseph Competiello cannot be excluded as the source of a hair recovered from the scene of the Ralph Dols murder) |

If you have any questions or requests, please contact us.

Sincerely,

LORETTA E. LYNCH
United States Attorney

By: /s/ Cristina M. Posa
Elizabeth A. Geddes
James D. Gatta
Cristina M. Posa
Assistant U.S. Attorneys

cc: All Counsel (by ECF) (w/o enclosures)
    Clerk of the Court (BMC) (by ECF) (w/o enclosures)