AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York ▼

| United States | ) |
| Plaintiff | ) |
| v. | ) Case No. 08-CR-240 |
| Thomas Gioeli | ) |
| Defendant | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Thomas Gioeli

Date:   02/24/2012

*Attorney's signature*

Daniel A. McGuinness 4559969
*Printed name and bar number*

Law Offices of Adam D. Perlmutter, P.C.
260 Madison Ave, Suite 1800
New York, NY 10016
*Address*

dam@adplegal.com
*E-mail address*

(212) 679-1990
*Telephone number*

(212) 679-1995
*FAX number*