

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EAG/JDG/CMP
F.#2008R00530

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 24, 2012

<u>By Federal Express</u>

Adam D. Perlmutter, Esq.
260 Madison Avenue, Suite 1800
New York, NY 10016

Samuel M. Braverman, Esq.
901 Sheridan Avenue
Bronx, NY 10451

Susan Kellman, Esq.
25 8th Avenue
Brooklyn, NY 11217

      Re:   United States v. Thomas Gioeli, et al.
             <u>Criminal Docket No. 08-240 (BMC)</u>

Dear Counsel:

      Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following additional discovery in the above-captioned case.

| EXHIBIT | DESCRIPTION |
| --- | --- |
| 1404 | DVD containing photographs of the excavation of the burial site of William Cutolo in Farmingdale, New York and the autopsy of William Cutolo |
| 1405 | CD containing aerial photographs of Executive Boulevard, Farmingdale, New York and its vicinity, taken over the course of various years |
| 1406 | DVD containing a video of the baptism of a child of David Gordon |

Adam D. Perlmutter, Esq.
Samuel M. Braverman, Esq.
Susan Kellman, Esq.
February 24, 2012
Page 2

| EXHIBIT | DESCRIPTION |
|---|---|
| 1406a | DVD containing an excerpt of the video produced as Discovery Exhibit 1406 |
| 1407 | Photographs of Getty gas station at the intersection of Kings Highway and Stillwell Avenue, Brooklyn, New York |
| 1408 | Photographs of 2559 Stillwell Avenue, Brooklyn, New York |
| 1409 | Photograph of a blue Jeep automobile |
| 1410 | Photograph of Babylon Door Company |
| 1411 | Photograph of Credit Resolutions, Grace Avenue, Great Neck, New York |
| 1412 | Photograph and Police Academy Graduation program of Ralph Dols |
| 1413A 1413B | Two DVDs containing additional video surveillance taken at 2116 Avenue X in Brooklyn on May 8, 1996 |
| 1414A 1414B | Two DVDs containing additional video surveillance taken at 2116 Avenue X in Brooklyn on May 15, 1996 |
| 1415 | Photographs of 2046 McDonald Avenue, Brooklyn, New York |

Adam D. Perlmutter, Esq.
Samuel M. Braverman, Esq.
Susan Kellman, Esq.
February 24, 2012
Page 3


        If you have any questions or requests, please
contact us.

                              Sincerely,

                              LORETTA E. LYNCH
                              United States Attorney


                    By:  /s/James D. Gatta
                              Elizabeth A. Geddes
                              James D. Gatta
                              Cristina M. Posa
                              Assistant U.S. Attorneys


cc:  All Counsel (by ECF) (w/o enclosures)
     Clerk of the Court (BMC) (by ECF) (w/o enclosures)