

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

EAG/JDG/CMP
F.#2008R00530

*271 Cadman Plaza East*

*Brooklyn, New York  11201*

February 27, 2012

<u>By Federal Express</u>

Adam D. Perlmutter, Esq.
260 Madison Avenue, Suite 1800
New York, NY 10016

Samuel M. Braverman, Esq.
901 Sheridan Avenue
Bronx, NY 10451

Susan Kellman, Esq.
25 8th Avenue
Brooklyn, NY 11217

        Re:  <u>United States v. Thomas Gioeli, et al.</u>
             <u>Criminal Docket No. 08-240 (BMC)</u>

Dear Counsel:

    Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following additional discovery in the above-captioned case.

| EXHIBIT | DESCRIPTION |
|---|---|
| 1416 | DVD containing additional video surveillance taken at 2116 Avenue X in Brooklyn on May 1, 1996 |
| 1417 | DVD containing video surveillance taken at 2116 Avenue X in Brooklyn on May 22, 1996 |
| 1418A<br>1418B<br>1418C | Three DVDs containing additional video surveillance taken at 2116 Avenue X in Brooklyn on May 29, 1996 |

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| 1419 | Photograph of 1807 E. 3rd Street in Brooklyn |
| 1420 | Amended New York City Office of the Chief Medical Examiner Mitochondrial DNA Report dated February 27, 2012 (amending January 23, 2012 report to correct date) |

If you have any questions or requests, please contact us.

    Sincerely,

    LORETTA E. LYNCH
    United States Attorney

By:  /s/ Cristina M. Posa
    Elizabeth A. Geddes
    James D. Gatta
    Cristina M. Posa
    Assistant U.S. Attorneys

cc:  All Counsel (by ECF) (w/o enclosures)
    Clerk of the Court (BMC) (by ECF) (w/o enclosures)