

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

EAG/JDG/CMP
F.#2008R00530

*271 Cadman Plaza East*

*Brooklyn, New York  11201*

March 1, 2012

By ECF and Email

Adam D. Perlmutter, Esq.
260 Madison Avenue, Suite 1800
New York, NY 10016

Samuel M. Braverman, Esq.
901 Sheridan Avenue
Bronx, NY 10451

Susan Kellman, Esq.
25 8th Avenue
Brooklyn, NY 11217

       Re:  United States v. Thomas Gioeli, et al.
            Criminal Docket No. 08-240 (BMC)

Dear Counsel:

    Pursuant to Brady v. Maryland, 373 U.S. 83 (1963), the government hereby makes the following disclosure in the above-captioned case.

| EXHIBIT | DESCRIPTION |
|---|---|
| 1421 | NYPD report dated August 26, 1997, listing moving violations and parking summons activity within the confines of the 61st Precinct |

In addition, pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following additional discovery in the above-captioned case.

| EXHIBIT | DESCRIPTION |
|---|---|
| 1422 | Certified deed and other records for 645 10th Street, West Babylon, NY |
| 1423 | Certified subscriber information and toll records for 3 Frank Avenue, Farmingdale, NY (previously provided without certification) |
| 1424A 1424B 1424C | Three DVDs containing additional video surveillance taken at 2116 Avenue X in Brooklyn on May 8, 1996 |
| 1425A 1425B 1425C | Three DVDs containing additional video surveillance taken at 2116 Avenue X in Brooklyn on May 15, 1996 |
| 1426A 1426B | (A) Surveillance video taken at Torrese Social Club, 2005 West 8th Street, Brooklyn, New York on April 24, 1999, and (B) excerpts thereof, including footage of Thomas Gioeli |
| 1427 | Excerpted surveillance video taken at Torrese Social Club, 2005 West 8th Street, Brooklyn, New York on May 3, 1999, including footage of Gioeli |
| 1428 | Excerpted surveillance video taken at Torrese Social Club, 2005 West 8th Street, Brooklyn, New York on March 8, 1999, including footage of Gioeli |
| 1429 | Citywide Auto Leasing record for "Joseph DeRosa" |
| 1430 | Ballistics report relating to the murder of Ralph Dols |
| 1430 | Photographs provided by Reynold Maragni |

If you have any questions or requests, please contact us.

Sincerely,

LORETTA E. LYNCH
United States Attorney

By: /s/ Cristina M. Posa
Elizabeth A. Geddes
James D. Gatta
Cristina M. Posa
Assistant U.S. Attorneys

cc: All Counsel (by ECF) (w/o enclosures)
    Clerk of the Court (BMC) (by ECF) (w/o enclosures)