

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EAG/JDG/CMP
F.#2008R00530

*271 Cadman Plaza East*

*Brooklyn, New York  11201*

March 5, 2012

By ECF and Fed Ex

Adam D. Perlmutter, Esq.
260 Madison Avenue, Suite 1800
New York, NY 10016

Samuel M. Braverman, Esq.
901 Sheridan Avenue
Bronx, NY 10451

Susan Kellman, Esq.
25 8th Avenue
Brooklyn, NY 11217

       Re:  United States v. Thomas Gioeli, et al.
            Criminal Docket No. 08-240 (BMC)

Dear Counsel:

      Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following additional discovery in the above-captioned case.

| EXHIBIT | DESCRIPTION |
|---|---|
| 1431 | Single excerpt of surveillance video taken at Torrese Social Club, 2005 West 8th Street, Brooklyn, New York on May 1, 1999, starting at 23:24, showing Thomas Gioeli and Joel Cacace |
| 1432 | New York City Police Laboratory photographs of two hair specimens:<br>Top photo – Q1 (Carmine Gargano case)<br>Bottom photo – Q24 (Ralph Dols case). |

Adam D. Perlmutter, Esq.
Samuel M. Braverman, Esq.
Susan Kellman, Esq.
March 5, 2012
Page 2

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| 1433 | Compact disc ("CD") containing surveillance photographs of Thomas Gioeli taken on February 15, 2008 |
| 1434 | CD containing two intercepted wire communications over cellular telephone (347) 866-7921 (intercepted wire communications over this telephone, as well as the orders, applications and affidavits related to intercepted wire communications over this telephone were produced as discovery exhibit number 889 and 890) |
| 1435 | Digital video disc ("DVD") containing two excerpts of a surveillance video capturing Thomas Gioeli and others on November 8, 1995 |
| 1436a-d | Three DVDs (discovery exhibit numbers 1436a-1436c) containing a surveillance video capturing Thomas Gioeli and others on October 10, 2004 and a DVD (1436d) containing excerpts of that surveillance video |
| 1437 | DVD containing excerpts of the wedding video of Dino Calabro (the wedding video was previously produced as discovery exhibit number 964) |
| 1438 | Telephone records for 516-250-4752 |
| 1439 | Certified death certificate for Paul Gulino |
| 1440 | Certified hospital records for Thomas Gioeli (the records were previously provided in discovery without a certification) |
| 1441 | Surveillance photographs taken November 3, 1997 |
| 1442 | Ballistic report relating to the murder of Frank Marasa |
| 1443 | CD containing photographs taken at Mirage Night Club, Westbury, New York |

```
Adam D. Perlmutter, Esq.
Samuel M. Braverman, Esq.
Susan Kellman, Esq.
March 5, 2012
Page 3
```

If you have any questions or requests, please contact us.

                                    Sincerely,

                                    LORETTA E. LYNCH
                                  United States Attorney

                        By:  /s/ Cristina M. Posa
                                  Elizabeth A. Geddes
                                  James D. Gatta
                                  Cristina M. Posa
                                  Assistant U.S. Attorneys

cc:  All Counsel (by ECF) (w/o enclosures)
     Clerk of the Court (BMC) (by ECF) (w/o enclosures)