Case 1:08-cr-00240-BMC-RER   Document 1399   Filed 03/14/12   Page 1 of 1 PageID #: 7864
Case 2:09-cr-00240-BMC-RER   Document 395 *SEALED*   Filed 03/14/12   Page 1 of 1
PageID #: 7860

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA : <br> : <br> Plaintiff, : <br> : <br> - against- : <br> : <br> : <br> : <br> : <br> THOMAS GIOELI, : <br> Defendant. : <br> : | **ORDER** <br><br> Case No. 08 Cr 240 (S-4) (BMC) (RER) |

**THIS MATTER** having been opened to the Court upon the application of counsel for defendant Thomas Gioeli, and and for good cause shown:

**IT IS** on this  /4  day of  March , 2012

**ORDERED,** that the MDC is directed to accept delivery of three sets of clothing for Thomas Gioeli from his family to allow him access to clothing for the duration of the trial of this matter.

_____
Hon. Brian M. Cogan, U.S.D.J.