

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EAG/JDG/CMP
F.#2008R00530

*271 Cadman Plaza East*

*Brooklyn, New York  11201*

March 17, 2012

<u>By Messenger Service</u>

Adam D. Perlmutter, Esq.
260 Madison Avenue, Suite 1800
New York, NY 10016

Samuel M. Braverman, Esq.
901 Sheridan Avenue
Bronx, NY 10451

        Re:  United States v. Thomas Gioeli, et al.
            <u>Criminal Docket No. 08-240 (S-6) (BMC)</u>

Dear Counsel:

    Enclosed are digital video discs and compact discs containing copies of exhibits the government may introduce in its case-in-chief.  If you have any questions regarding the enclosed material, please contact us.

                    Very truly yours,

                    LORETTA E. LYNCH
                    United States Attorney

          By:  <u>/s/Cristina Posa</u>
               Elizabeth A. Geddes
               James D. Gatta
               Cristina M. Posa
               Assistant U.S. Attorneys

Enclosures

cc:  All Counsel (by ECF)
     Clerk of the Court (BMC) (by ECF)