

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EAG/JDG/CMP                                   *271 Cadman Plaza East*
F.#2008R00530                                 *Brooklyn, New York 11201*


                                              March 9, 2012


<u>By ECF and Fed Ex</u>

Adam D. Perlmutter, Esq.
260 Madison Avenue, Suite 1800
New York, NY 10016


Samuel M. Braverman, Esq.
901 Sheridan Avenue
Bronx, NY 10451


Susan Kellman, Esq.
25 8th Avenue
Brooklyn, NY 11217

        Re:  United States v. Thomas Gioeli, et al.
             Criminal Docket No. 08-240 (BMC)

Dear Counsel:

        Pursuant to Rule 16 of the Federal Rules of Criminal
Procedure and/or the government's obligations under <u>Brady v.</u>
<u>Maryland</u>, 373 U.S. 83 (1963), the government hereby furnishes the
following additional discovery in the above-captioned case.

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| 1444    | New York City Office of the Chief Medical Examiner ("OCME") Mitochondrial DNA ("mDNA") Report dated February 27, 2012 for Dino Saracino, amending January 23, 2012 report previously produced as Discovery Exhibit #1360 to correct "Additional Report" date from September 27, 2011 to September 30, 2011 |

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| 1445 | OCME mDNA Report dated September 30, 2011 concluding that DNA profile of Saracino does not match any polymerase chain reaction ("PCR") DNA profiles in the local OCME database to date |
| 1446 | OCME additional work papers regarding Discovery Exhibits 1444 and 1445 (Saracino DNA testing) |
| 1447 | OCME mDNA Report dated February 27, 2012 for Dino Calabro, amending January 23, 2012 report previously produced as Discovery Exhibit #1359 to correct "Additional Report" date September 27, 2011 to September 30, 2011 |
| 1448 | OCME mDNA Report dated September 30, 2011 concluding that DNA profile of Calabro does not match any PCR DNA profiles in the local OCME database to date |
| 1449 | OCME additional work papers regarding Discovery Exhibits 1447 and 1448 (Calabro DNA testing) |
| 1450 | OCME mDNA Report dated September 30, 2011 concluding that DNA profile of Joseph Competiello does not match any PCR DNA profiles in the local OCME database to date and related work papers |
| 1451 | OCME additional work papers regarding Discovery Exhibits 1420 and 1450 (Competiello DNA testing) |
| 1452 | OCME work papers regarding Discovery Exhibit 1378 (OCME report of PCR DNA testing on certain cigarette butts obtained from the scene of the Ralph Dols murder, dated September 29, 2011) |
| 1453 | Telephone records for 516-250-4752 for the time period between November 1997 and February 1998 (some of these records are duplicative of records produced as Discovery Exhibit 1438) |

Adam D. Perlmutter, Esq.
Samuel M. Braverman, Esq.
Susan Kellman, Esq.
March 9, 2012
Page 3

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| 1454 | Certified Citywide Auto Leasing record for "Joseph DeRosa" (record without the certification was previously produced as Discovery Exhibit 1429) |
| 1455 | Certified record of subscriber information for 831-649-4234 (record without certification were previously produced as Discovery Exhibit 920) |
| 1456 | Digital Video Disk of surveillance of Gioeli and others on September 24, 1995 |

      If you have any questions or requests, please contact us.

      Sincerely,

      LORETTA E. LYNCH
      United States Attorney

By:  /s/ Cristina M. Posa
      Elizabeth A. Geddes
      James D. Gatta
      Cristina M. Posa
      Assistant U.S. Attorneys

cc:  All Counsel (by ECF) (w/o enclosures)
    Clerk of the Court (BMC) (by ECF) (w/o enclosures)