Case 1:08-cr-00240-BMC-RER   Document 1406   Filed 03/17/12   Page 1 of 3 PageID #: 7880



**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EAG/JDG/CMP
F.#2008R00530

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

March 13, 2012

<u>By ECF and Fed Ex</u>

Adam D. Perlmutter, Esq.
260 Madison Avenue, Suite 1800
New York, NY 10016

Samuel M. Braverman, Esq.
901 Sheridan Avenue
Bronx, NY 10451

Susan Kellman, Esq.
25 8th Avenue
Brooklyn, NY 11217

  Re: <u>United States v. Thomas Gioeli, et al.</u>
    <u>Criminal Docket No. 08-240 (BMC)</u>

Dear Counsel:

  Pursuant to Rule 16 of the Federal Rules of Criminal Procedure and/or the government's obligations under <u>Brady v. Maryland</u>, 373 U.S. 83 (1963), the government hereby furnishes the following additional discovery in the above-captioned case.

| EXHIBIT | DESCRIPTION |
|---|---|
| 1457 | Dental x-rays of William Cutolo |
| 1458 | Dental chart of William Cutolo |
| 1459 | Surveillance photographs taken on March 18, 1993 |
| 1460 | Property records for 101 Glengariff Road, Massapequa Park, NY |

Adam D. Perlmutter, Esq.
Samuel M. Braverman, Esq.
Susan Kellman, Esq.
March 13, 2012
Page 2

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| 1461 | Crime scene unit photographs taken on June 5, 1995 of Chemical Bank of Hempstead Turnpike, East Meadow, NY |
| 1462 | Folder provided by employee at 2559-2561 Stillwell Avenue pursuant to "forthwith" subpoena |
| 1463 | Ballistics reports and trace reports for the guns seized at 475 Avenue Y, Brooklyn, New York in March 2005 |
| 1464 | DVD containing surveillance video of Gioeli, Calabro and others on April 4, 2001 |
| 1465 | Photograph taken at Romantique Limousines in Brooklyn on February 4, 1997 |
| 1466 | Organized crime chart |
| 1467 | CD containing the results of a search of a cellular telephone recovered from Dino Saracino on June 23, 2008 (these results were previously provided in another format in DX 894) |
| 1468 | Scanner obtained from Joseph Competiello |

If you have any questions or requests, please contact us.

                Sincerely,

                LORETTA E. LYNCH
                United States Attorney

By:  /s/ Cristina M. Posa
      Elizabeth A. Geddes
      James D. Gatta
      Cristina M. Posa
      Assistant U.S. Attorneys

```
Adam D. Perlmutter, Esq.
Samuel M. BRaverman, Esq.
Susan Kellman, Esq.
March 5, 2012
Page 3
cc:  All Counsel (by ECF) (w/o enclosures)
     Clerk of the Court (BMC) (by ECF) (w/o enclosures)
```