

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EAG/JDG/CMP  *271 Cadman Plaza East*
F.#2008R00530  *Brooklyn, New York  11201*

March 16, 2012

By ECF and Fed Ex

Adam D. Perlmutter, Esq.
260 Madison Avenue, Suite 1800
New York, NY 10016

Samuel M. Braverman, Esq.
901 Sheridan Avenue
Bronx, NY 10451

Susan Kellman, Esq.
25 8th Avenue
Brooklyn, NY 11217

Re:  United States v. Thomas Gioeli, et al.
     Criminal Docket No. 08-240 (BMC)

Dear Counsel:

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure and/or the government's obligations under Brady v. Maryland, 373 U.S. 83 (1963), the government hereby furnishes the following additional discovery in the above-captioned case.

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| 1469 | Presentation by forensic odontologist Phyllis Ho, D.D.S. |
| 1470 | Business record certifications pertaining to records provided by the City of New York (and produced as Discovery Exhibit 1282) |
| 1471 | AT&T subscriber record for 718-331-3006 and accompanying business record certification |

Adam D. Perlmutter, Esq.
Samuel M. Braverman, Esq.
Susan Kellman, Esq.
March 13, 2012
Page 2

| EXHIBIT | DESCRIPTION |
|---|---|
| 1472 | Crime Scene Sketch related to the homicides of John Minerva and Michael Imbergamo |
| 1473 | Photograph of guns and ammunition seized from 475 Avenue Y, Brooklyn, New York (similar to the item produced as Discovery Exhibit 999) |

If you have any questions or requests, please contact us.

Sincerely,

LORETTA E. LYNCH
United States Attorney

By: /s/ Cristina M. Posa
Elizabeth A. Geddes
James D. Gatta
Cristina M. Posa
Assistant U.S. Attorneys

cc: All Counsel (by ECF) (w/o enclosures)
    Clerk of the Court (BMC) (by ECF) (w/o enclosures)