EAG/JDG/CMP
F.#2008R00530

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -               08 CR 240(S-6)(BMC)

THOMAS GIOELI and
DINO SARACINO,

        Defendants.

- - - - - - - - - - - - - - X

## THE GOVERNMENT'S EXHIBIT LIST

LORETTA E. LYNCH
United States Attorney
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

Elizabeth A. Geddes
James D. Gatta
Cristina M. Posa
Assistant U.S. Attorneys
   (Of Counsel)

Below is the list of exhibits the government may introduce in its case-in-chief:

| Exhibit Number | Description | Date Admitted | Witness |
|---|---|---|---|
| | **HEADSHOT PHOTOGRAPHS (1-100)** | | |
| 1a | Thomas Gioeli | | |
| 1b | Thomas Gioeli | | |
| 2 | Dino Saracino | | |
| 3 | Joel Cacace | | |
| 4 | Dino Calabro | | |
| 5 | Joseph Competiello | | |
| 6 | David Gordon | | |
| 7 | Thomas McLaughlin | | |
| 8 | Sebastiano Saracino | | |
| 9 | John Azzarelli | | |
| 10 | Anthony Basile | | |
| 11 | Joseph Baudanza | | |
| 12 | Paul Bevacqua | | |
| 13 | Michael Burnside | | |
| 14 | Anthony Calabro | | |
| 15 | Giuseppe Calabro | | |
| 16 | Roger Califano | | |
| 17 | Joseph Carna | | |
| 18 | Michael Castellano | | |
| 19 | Benjamin Castellazzo | | |
| 20 | Michael Catapano | | |
| 21 | John Catullo | | |
| 22 | Anthony Colandra | | |
| 23 | Eric Curcio | | |
| 24 | William Cutolo, Sr. | | |

| Exhibit Number | Description | Date Admitted | Witness |
|---|---|---|---|
| 25 | Alphonse D'Ambrosio | | |
| 26 | Anthony Dellavecchia | | |
| 27 | Vincent DeMartino | | |
| 28 | John DeRoss | | |
| 29 | Luca DiMatteo | | |
| 30 | Vincent Febbraro | | |
| 31 | John Franzese, Sr. | | |
| 32 | Richard Fusco | | |
| 33 | Sal Fusco, Sr. | | |
| 34 | Gaetano Gallo | | |
| 35 | Richard Greaves | | |
| 36 | Anthony Kenny | | |
| 37 | Gennaro "Gerry Lang" Langella | | |
| 38 | Ralph Lombardo | | |
| 39 | Louis Malpeso | | |
| 40 | Vincent Manzo, Jr. | | |
| 41 | Vincent Manzo, Sr. | | |
| 42 | Reynold Maragni | | |
| 43 | Craig Marino | | |
| 44 | Patsy Mercandante | | |
| 45 | Sal Miciotta | | |
| 46 | Joseph Monteleone, Sr. | | |
| 47 | Joseph Monteleone, Jr. | | |
| 48 | Anthony Napolitano | | |
| 49 | Greg Napolitano | | |
| 50 | Mohammed Njeidi | | |
| 51 | Robert Pate | | |

| Exhibit Number | Description | Date Admitted | Witness |
|---|---|---|---|
| 52 | Alphonse Persico | | |
| 53 | Carmine Persico | | |
| 54 | Nicky Rizzo | | |
| 55 | Jack Rizzocascio | | |
| 56 | Andrew Russo | | |
| 57 | William Russo | | |
| 58 | Joseph Russo | | |
| 59 | Anthony "Chucky" Russo | | |
| 60 | Frank Saracino | | |
| 61 | Steven Scibetta | | |
| 62 | Joseph Scopo | | |
| 63 | Ralph Scopo, Jr. | | |
| 64 | Frank Senatore | | |
| 65 | Michael Angelo Souza | | |
| 66 | Anthony Spero | | |
| 67 | James Tartaglione | | |
| 68 | Sal Tese | | |
| 69 | Anthony Urso | | |
| 70 | Michael Uvino | | |
| 71 | Salvatore Vitale | | |
| 72 | John Baudanza | | |
| 73 | Dennis Delucia | | |
| 74 | Peter "Risk" Guarneri | | |
| 75 | Alphonse "Big Allie" Persico | | |
| 76 | Jimmy Gallione | | |
| **SURVEILLANCE PHOTOGRAPHS AND VIDEO (100-199)** | | | |
| 100a-r | 3/2/92 photo surveillance of Thomas | | |

| Exhibit Number | Description | Date Admitted | Witness |
|---|---|---|---|
| | Gioeli and Joseph Monteleone, Sr. | | |
| 101a-x | 3/18/93 photo surveillance of Monteleone, Sr. | | |
| 102a-d | 9/18/95 photo surveillance of Dino Calabro and Joseph Competiello | | |
| 103a-c/ 103d [Board] | 9/28/95 photo surveillance of Gioeli and Calabro | | |
| 104a-e | 10/3/95 photo surveillance of Gioeli and others | | |
| 105a-i | 10/26/95 photo surveillance of Gioeli, Joel Cacace and others | | |
| 106a | 11/8/95 video surveillance of Gioeli, Cacace and others | | |
| 106b | Excerpts of 106a | | |
| 107a-i | 4/19/96 photo surveillance of Gioeli and Alphonse Persico | | |
| 108 a1-a3 | Three VHS tapes of 5/1/96 video surveillance of Gioeli, Dino Saracino, Cacace, Calabro and others | | |
| 108b | Disc containing excerpts 108a | | |
| 108c [Board] | Board depicting video stills of 108a | | |
| 109 | 5/22/96 photo surveillance of 2116 Avenue X, Brooklyn, New York | | |
| 110a-aa/ 110bb [Board] | 7/23/97 photo surveillance of Gioeli, Calabro and others | | |
| 111a-b | 8/6/97 photo surveillance of Saracino and Calabro | | |

| Exhibit Number | Description | Date Admitted | Witness |
|---|---|---|---|
| 112a-i | 2/12/98 photo surveillance of Gioeli and Cacace | | |
| 113a-c | 3/31/98 photo surveillance of Saracino, Competiello and others | | |
| 114 | 6/19/98 video Surveillance of Saracino and others | | |
| 115a-i | 10/9/98 photo surveillance of Gioeli, Calabro and others | | |
| 116 | 4/12/99 video surveillance of Gioeli, Calabro and others | | |
| 117 | 4/24/99 video surveillance of Gioeli and others | | |
| 118a-c | 10/25/00 photo surveillance of Gioeli, John DeRoss, Paul Bevacqua and others | | |
| 119a-f | 4/4/01 photo surveillance of Gioeli, Calabro, Bevacqua and others | | |
| 119g | 4/4/01 video surveillance | | |
| 120a-ww | 7/30/01 photo surveillance of Gioeli, Cacace, Calabro and others | | |
| 121a-e/ 121f [Board] | 12/10/01 photo surveillance of Gioeli, Calabro and Luca DiMatteo | | |
| 122a-c | 6/13/02 photo surveillance of Gioeli, Calabro and others | | |
| 123a-b | 9/6/03 photo surveillance of Competiello and Michael Catapano | | |

| Exhibit Number | Description | Date Admitted | Witness |
|---|---|---|---|
| 124a-b | 9/12/03 photo surveillance of Competiello and Catapano | | |
| 125 | 10/10/04 excerpts of video surveillance of Gioeli, Calabro, Competiello and others | | |
| 126a-b | 2/15/08 photo surveillance of Gioeli | | |
| 127 | 11/23/11 video surveillance of Reynold Maragni, Vincent Manzo, DiMatteo and others | | |
| 128 | Photograph of Alphonse Persico at Romantique Limousines | | |
| 129 | 3/8/99 CCTV surveillance of Gioeli, Calabro and others | | |
| 130 | 3/8/99 CCTV surveillance of Gioeli, Calabro and others | | |
| 131 | 5/3/99 CCTV surveillance of Gioeli, Calabro and others | | |
| 132a-g | 8/9/99 photo surveillance of Gioeli, Saracino and others | | |
| CRIME SCENE PHOTOGRAPHS, BALLISTICS ANALYSES, DNA ANALYSES & OTHER HOMICIDE/ROBBERY EVIDENCE (200-299) | | | |
| 200a-n | Crime Scene Unit ("CSU") photos of Frank Marasa homicide, 6/12/91 | | |
| 201a-d | Bullets and shell casings from Marasa homicide crime scene | | |
| 202 | Marasa homicide ballistics report | | |
| 203a | Marasa homicide autopsy report | | |
| 203b 203b-1 [Board] | Marasa homicide body diagram | | |
| 203c | Marasa homicide death certificate | | |
| 204a-o | Marasa homicide autopsy photos | | |

| Exhibit Number | Description | Date Admitted | Witness |
|---|---|---|---|
| 205a1-33 | CSU photos of John Minerva/Michael Imbergamo homicides | | |
| 205b1-9 | CSU photos of Minerva/Imbergamo homicides | | |
| 205c | CSU photos of Minerva/Imbergamo homicides | | |
| 206 | Intentionally left blank | | |
| 207 | Minerva/Imbergamo homicide ballistics report | | |
| 208 | Minerva address book from Minerva/Imbergamo homicide crime scene (copy) | | |
| 209a | Minerva homicide autopsy report | | |
| 209b | Minerva homicide death certificate | | |
| 210a-f | Minerva homicide autopsy photos | | |
| 211 | Imbergamo homicide autopsy report | | |
| 211b 211b-1 [Board] | Imbergamo homicide body diagram | | |
| 211c | Imbergamo homicide death certificate | | |
| 212a-h | Imbergamo homicide autopsy photos | | |
| 213a-mm | CSU photos of Ralph Dols homicide crime scene on E. 19th Street, Brooklyn, 8/26/97 | | |
| 214a-e | Shell casings and bullets from Dols homicide crime scene | | |
| 215 | Dols ballistics report | | |
| 216a-v | CSU photos of Chevrolet Caprice taken for Dols homicide, 8/27/97 | | |
| 217a | Dols homicide autopsy report | | |

7

| Exhibit Number | Description | Date Admitted | Witness |
|---|---|---|---|
| 217b 217b-1 [Board] | Dols homicide  body diagram | | |
| 217c | Dols homicide death certificate | | |
| 218a-m | Dols homicide autopsy photos | | |
| 219a | William Cutolo homicide autopsy report | | |
| 219b | Cutolo homicide death certificate | | |
| 220a-I | Cutolo autopsy photos taken by the Suffolk County Medical Examiner | | |
| 221 | Intentionally left blank | | |
| 222a-o | CSU photos taken in connection with the robbery of Chemical Bank, East Meadow, New York, 6/5/95 | | |
| 223 | Items recovered with Cutolo's remains: | | |
| 223a | Bullet retrieved from Cutolo's skull | | |
| 223b | Duct tape used to secure Cutolo's remains | | |
| 223c | Duct tape and bags used to secure and wrap Cutolo's remains | | |
| 224 | Cutolo homicide ballistics report | | |
| 225a-p | Photos of Cutolo homicide excavation in Farmingdale, Long Island | | |
| 226a-f | Photos of excavation related to Carmine Gargano homicide at 1247 McDonald Avenue, Brooklyn, New York | | |

| Exhibit Number | Description | Date Admitted | Witness |
|---|---|---|---|
| 227 | Sample of white-colored solid material obtained at 1247 McDonald Avenue, Brooklyn | | |
| 228 | NYPD laboratory analysis report of white-colored solid material recovered from 1247 McDonald Avenue, Brooklyn, New York | | |
| 229a | (A) Hair recovered from 1247 McDonald Avenue, Brooklyn, New York (Q1) | | |
| 229b | Photograph of hair | | |
| 230 | Buccal swab from Rosa Gargano | | |
| 231 | OCME mDNA analysis report of hair recovered from 1247 McDonald Avenue, Brooklyn, New York | | |
| 232a | (A) Hair recovered from Chevrolet Caprice in connection with Dols homicide (Q24) | | |
| 232b | Photograph of hair | | |
| 233 | Buccal swab from Competiello | | |
| 234 | OCME mDNA analysis report of hair recovered from Chevrolet Caprice | | |
| 235a-d | Aerial photos of 125 Carolyn Blvd. (Gargano) and environs, Farmingdale, Long Island taken in 1994, 1997, 2000 and 2001 | | |
| 236a-d | Aerial photos of 125 Carolyn Blvd. and Executive Drive, Farmingdale, Long Island taken in October 2008 | | |
| 237a-b | Aerial photos of Executive Drive, Farmingdale, Long Island in various years | | |
| 238a | Cutolo's electronic organizer | | |
| 238b | Printout of contents of Cutolo's electronic organizer | | |

| Exhibit Number | Description | Date Admitted | Witness |
|---|---|---|---|
| 239a-hh | Photos taken during execution of search warrant at 1966 76th Street, Brooklyn, New York | | |
| 240a-i | CSU photographs of Furs by Mina, 2/11/91 | | |
| 241 | Photograph of guns seized at 475 Avenue Y, Brooklyn, New York 3/4/05 | | |
| 242a | Cassette of Marassa shooting 911 call | | |
| 242b | CD of Marasa shooting 911 call | | |
| 242T | Transcript of Marassa shooting 911 call | | |
| 243a | Cassette of Dols shooting 911 call | | |
| 243b | CD of Dols shooting 911 call | | |
| 243T | Transcript of Dols shooting 911 call | | |
| 244 | Joseph Miccio death certificate | | |
| 245 | Paul Gulino death certificate | | |
| 246a-cc | CSU photos of victim's Oldsmobile taken for Dols homicide, 8/26/97 | | |
| 247 | Dental chart for William Cutolo | | |
| 248 | Dental x-ray for William Cutolo, dated 6/3/1998 | | |
| 249 | Additional dental x-rays for William Cutolo | | |
| 250 | Expert report of identification of Cutolo's teeth | | |
| 251 | Scanner provided by Joseph Competiello | | |

| Exhibit Number | Description | Date Admitted | Witness |
|---|---|---|---|
| 252a-s | Cutolo autopsy photographs taken by the Federal Bureau of Investigation | | |
| 253a-d | Photographs of various locations identified by David Gordon taken by the Federal Bureau of Investigation | | |
| 254a-i | Photographs of various locations identified by Joseph Competiello taken by the Federal Bureau of Investigation | | |
| 255a-h | Photographs of various locations identified by Dino Calabro taken by the Federal Bureau of Investigation | | |
| 256 | Ballistics reports associated with 475 Avenue Y, Brooklyn, New York | | |
| 257 | Photograph array of Joseph Monteleone and others | | |
| 258a [Board] 258b | Sketch of Minerva and Imbergamo crime scene | | |
| 259 | Presentation by Dr. Ho regarding the identification of Cutolo's teeth | | |
| 260 | Polaroid of William Cutolo's front teeth | | |
| 261 | Map of Farmingdale, New York | | |
| 262 | Diagram of 1247 McDonald Avenue, Brooklyn, New York | | |
| 263 | Diagram of Basement of 1966 76th Street, Brooklyn, New York | | |

| Exhibit Number | Description | Date Admitted | Witness |
|---|---|---|---|
| | **OTHER DOCUMENTARY AND PHYSICAL EVIDENCE (300-399)** | | |
| 300a | Business records certificate | | |
| 300b | Hospital records for Marasa, 5/22/91 | | |
| 301a | Business records certificate | | |
| 301b | Hospital records for Dimitrios Rizopolous, 1/10/92 and 1/16/92 | | |
| 302a | Business records certificate | | |
| 302b | Hospital records for Gioeli, 3/27/92 | | |
| 303a | Business records certificate | | |
| 303b | Hospital records for Peter "Risk" Guarnieri, 11/1/93 | | |
| 304a | Business records certificate | | |
| 304b | Florida DMV records for a 1992 two-door Cadillac, VIN 1G6EL13BONU613917 | | |
| 305 | New York DMV records for Abraham Rodriguez | | |
| 306a | Business records certificate, and | | |
| 306b | Suffolk County property records for 21 Baldwin St., East Farmingdale, New York, 9/12/95 | | |
| 307a | Business records certificate, and | | |
| 307b | Suffolk County property records for 14 Baldwin St., East Farmingdale, New York, 6/21/05 | | |
| 308a-1 | Business records certificate | | |

| Exhibit Number | Description | Date Admitted | Witness |
|---|---|---|---|
| 308a-2 | Suffolk County  property records for 645 W. 10th St., Babylon, New York, 3/27/00 | | |
| 308b-1 | Business records certificate | | |
| 308b-2 | Property records for 645 W. 10th St., Babylon, New York, 6/20/05 | | |
| 309a | Business records certificate | | |
| 309b | Suffolk County property records for 1036 7th St., West Babylon, New York, 8/27/04 | | |
| 310 | Nassau County property records for 4 Dorothy Court, Farmingdale, New York, 12/16/97 | | |
| 311 | Nassau County property records for 2892 Riverside Drive, Wantaugh, New York, 7/26/06 | | |
| 312a | Kings County property records for 12 Bay 49th St., Brooklyn, New York, 6/29/88 | | |
| 312b | Kings County property records for 12 Bay 49th St., Brooklyn, New York, 4/11/96 | | |
| 313 | Kings County property records for 286 Mayfair Drive North, Brooklyn, New York, 5/27/86 | | |
| 314 | Kings Country property records for 1378 E. 72nd St., Brooklyn, New York, 9/15/93 | | |
| 315a | Kings County property records for 475 Avenue Y, Brooklyn, New York, 4/26/88 | | |
| 315b | Kings County property records for 475 Avenue Y, Brooklyn, New York, 1/3/94 | | |
| 316 | Ralph Dols-Kim Kennaugh marriage certificate, 7/26/95 | | |

13

| Exhibit Number | Description | Date Admitted | Witness |
|---|---|---|---|
| 317 | Kings County divorce records for Joel Cacace and Kim Kennaugh | | |
| 318 | Lina Competiello-Liborio D'Orazio marriage certificate, 11/20/99 | | |
| 319a | Calabro certificates of baptism: 8/4/91 | | |
| 319b | Calabro certificates of baptism: 3/7/93 | | |
| 319c | Calabro certificates of baptism: 7/24/94 | | |
| 319d | Calabro certificates of baptism: 9/8/96 | | |
| 320 | Competiello certificate of baptism, 11/5/00 | | |
| 321 | Gordon certificate of baptism, 4/3/04 | | |
| 322 | Competiello communion party invitation list | | |
| 323a | Calabro wedding video (VHS tape) | | |
| 323b | Calabro wedding DVD | | |
| 324a-f | Photographs provided by David Gordon | | |
| 325 | Funeral card for Frank Saracino | | |
| 326 | Copy of Dino Calabro's address book | | |
| 327 | US Airways boarding passes in the name "Joseph DeRosa," 8/29/97 | | |
| 328a-1 | Business records | | |
| 328a-2 | Articles of Incorporation for Brooklyn's Best Pizzeria, 6/30/95 | | |
| 328b-1 | Business records | | |

14

| Exhibit Number | Description | Date Admitted | Witness |
|---|---|---|---|
| 328b-2 | Certificate of Dissolution of Brooklyn's Best Pizzeria | | |
| 328c-1 | Business records | | |
| 328c-2 | Affidavit of Publication for Brooklyn's Best Pizzeria, 6/29/95 | | |
| 329 | List of names received from James Tartaglione | | |
| 330a-g | Dols family photos | | |
| 331a-u | Calabro family photos | | |
| 332a | Business records certificate | | |
| 332b | Dollar Rent-a-Car invoice in the name "Joseph DeRosa" | | |
| 333 | Brown leather address book seized from Gioeli residence | | |
| 334 | Black leather address book seized from Gioeli residence | | |
| 335 | Floral address book seized from Gioeli residence | | |
| 336 | "Garborg's" address book seized from Gioeli residence, with floral binding | | |
| 337 | Spiral-bound notebook address book seized from Gioeli residence | | |
| 338 | Yellow address book seized from Gioeli residence, bound by duct tape | | |
| 339 | Address book obtained from Sal Vitale | | |
| 340 | Copy of memo book seized from James Spitalere | | |
| 341 | Copy of address book seized from James Spitalere | | |
| 342 | Portfolio seized from Dino Saracino's vehicle | | |

| Exhibit Number | Description | Date Admitted | Witness |
|---|---|---|---|
| 343 | DVD containing excerpts of video of christening party provided by Gordon | | |
| 344a | Dino Saracino cell phone | | |
| 344b | Printout of FBI examination of Dino Saracino cell phone | | |
| 345 | Items found in stairwell of 6 Grace Avenue, Great Neck, New York | | |
| 345a | Yellow piece of paper with "CRC 3,000" | | |
| 345b | Avalon Properties receipt for Salvatore Tese | | |
| 345c | AT&T statement | | |
| 345d | NYNEX statement | | |
| 345e | Envelope addressed to Credit Solutions | | |
| 345f | FedEx receipt addressed to Credit Soulutions | | |
| 345g | CLLA letter dated 9/15/97 | | |
| 345h | Geico statement | | |
| 345i | Prudential Securities statements | | |
| 346 | Slip of paper found in trash of Gioeli residence | | |
| 347a-b | Photos of Gioeli, William Russo, Joseph Russo, Miciotta, Minerva, Monteleone and others | | |
| 348a-e | Photos of Minerva, Anthony Russo, Miciotta and others | | |
| 349a-d | Photos provided by Daniel Greaves | | |
| 350a-c | Gordon wedding photos | | |
| 351a | Alfonse Russo wedding video | | |
| 351b | Excerpts of Alfonse Russo wedding | | |

| Exhibit Number | Description | Date Admitted | Witness |
|---|---|---|---|
| | video | | |
| 352 | Death certificate of Awjud Ennab, 5/30/91 | | |
| 353 | Photo of Babylon Door Co. & Millworks | | |
| 354 | Photo of Credit Resolutions | | |
| 355a-b | Photo of Malpeso's horse room | | |
| 356a-c | Photos of Getty gas station | | |
| 357a-b | Photos of Sunrise garage and Complete Auto Repairs on Stillwell Avenue | | |
| 358 | Photo of Sandra Tullo's Jeep | | |
| 359 | Dino Saracino and April Bubak wedding certificate | | |
| 360 | Application for post office box for Joseph Monteleone, Sr. | | |
| 361 | Various items seized from Gioeli residence: | | |
| 361a-b | Two Mirage Club VIP passes | | |
| 361c | Grand Jury subpoena dated 2/23/95 | | |
| 361d | Richard Cappa business card | | |
| 361e | Real Eyes Optical business card | | |
| 361f | Mass card for Lawrence Gugliaro | | |
| 361g | Balloons n' More business card | | |
| 361h | New York's Nightlife Magazine press pass | | |
| 362 | Various items seized from Gioeli residence: | | |
| 362a-b | Two Joseph Russo Mass cards | | |
| 362c | Carmine Persico business card | | |
| 362d-e | Two Sal Tese business cards | | |

17

| Exhibit Number | Description | Date Admitted | Witness |
|---|---|---|---|
| 363 | Flight manifest for TWA flight #764 from West Palm Beach, FL to JFK International Airport on August 11, 1998 | | |
| 364 | Certificate of Title for a 1989 Gray Oldsmobile for Joseph Competiello | | |
| 365 | Retail certificate of sale for 1997 Mercury Grand Marquis for Angelo Competiello and Michelle Competiello | | |
| 366a | Business records certificate | | |
| 366b | Records from Rikers Island for Joseph Competiello | | |
| 367a-d | Photographs provided by Reynold Maragni | | |
| 368a-d | Photographs provided by Joseph Competiello | | |
| 369 | Property records for 101 Glengariff Road, Massapequa Park, New York | | |
| 370 | Folder provided by employee at 2559-2561 Stillwell Avenue pursuant to "forthwith" subpoena | | |
| 371 | Organized crime chart | | |
| **PHONE RECORDS AND BUREAU OF PRISONS RECORDS (GX 400-499)** | | | |
| 400a | Business records certification | | |
| 400b | Certified Verizon Wireless phone records of 917-613-6734 ("Romantique Limo") | | |
| 401a | Business records certification | | |
| 401b | Certified Sprint phone records of 917-418-5206, x5207 and x5209 ("Romantique Limo") | | |
| 402a | Business records certification | | |

18

| Exhibit Number | Description | Date Admitted | Witness |
|---|---|---|---|
| 402b | Certified Cingular phone records of 917-941-0918 ("Gerald Dinaro") | | |
| 403 | Phone records of 917-433-3052 (special computer search) | | |
| 404 | LUDS data and subscriber information for 718-966-0609 ("Fox, Betty Anne"), 718-227-9247 ("Cutolo, William"), 212-391-9197 ("Local 400") and other phone numbers | | |
| 405a | Business records certification | | |
| 405b | Certified Verizon subscriber records for 718-232-9566 (payphone) | | |
| 406 | Subscriber records for 516-694-6906 ("47 Boundary Avenue Taverns") | | |
| 407 | Phone records of 516-694-6906 ("47 Boundary Avenue Taverns") | | |
| 408 | Subscriber records for 718-998-6089 ("Patricia Ranta") | | |
| 409 | Phone records of 718-998-6089 ("Patricia Ranta") | | |
| 410 | Subscriber records for 718-996-8358 ("Anna Sottile") | | |
| 411 | Phone records for 718-996-8358 ("Anna Sottile") | | |
| 412a | Certificate for subscriber records for 831-649-4234 ("Monterey Marriott Hotel") | | |
| 412b | Subscriber records for 831-649-4234 ("Monterey Marriott Hotel") | | |
| 413a | Business records certification | | |
| 413b | Certified Worldwide Telecommunciations, Inc. phone records of 954-797-9125 ("Hard Rock Seminole Casino") | | |

| Exhibit Number | Description | Date Admitted | Witness |
|---|---|---|---|
| 414 | Certified Verizon Wireless phone records of 516-458-4705 ("Salvatore Gioeli") | | |
| 415 | Andrew Russo Inmate History Quarters | | |
| 416 | Anthony Russo Inmate History Quarters | | |
| 417 | Joel Cacace Inmate History Quarters | | |
| 418 | Benjamin Castellazzo Inmate History Quarters | | |
| 419 | Alphonse Persico Inmate History Quarters | | |
| 420 | Ralph Lombardo Inmate History Quarters | | |
| 421 | John DeRoss Inmate History Quarters | | |
| 422 | Joseph Russo Inmate History Quarters | | |
| 423 | Joseph Monteleone, Sr. Inmate History Quarters | | |
| 424 | Thomas McLaughlin Inmate History Quarters | | |
| 425 | John "Sonny" Franzese Inmate History Quarters | | |
| 426 | Richard Fusco Inmate History Quarters | | |
| 427 | Subscriber records for 718-232-5453 ("Dino Saracino") | | |
| 428 | Phone records for 516-250-4752 ("Credit Resolutions Consultants") between November 22, 1997 and January 21, 1998 | | |
| 429 | Phone records for 516-250-4752 ("Credit Resolutions Consultants") between December 22, 1997 and March 12, 1998 | | |
| 430 | Phone records for 718-232-5453 | | |

| Exhibit Number | Description | Date Admitted | Witness |
|---|---|---|---|
| 431a | Business records certification | | |
| 431b | Certification Phone records for 718-331-3006 ("Maria Pimpinella, 1582 W. 7th St, Fl 1, Brooklyn") | | |
| **CONSENSUAL RECORDINGS OF JAMES TARTAGLIONE AND DAVID GORDON (500-599)** | | | |
| 500 | CD containing one excerpt of a consensual recording made by James Tartaglione on 12/21/03 | | |
| 500T | Transcript of consensual recording made by James Tartaglione on 12/21/03 | | |
| 501 | CD containing excerpts of various consensual recordings made by David Gordon on various dates on or between 3/19/08 through 6/23/08, excerpts numbered as individual exhibits | | |
| 501a | Excerpt of a consensual recording on 3/19/08 | | |
| 501-Ta | Transcript of 501a | | |
| 501b | Excerpt of a consensual recording on 4/23/08 | | |
| 501-Tb | Transcript of 501b | | |
| 501c | Excerpt of a consensual recording on 4/24/08 | | |
| 501-Tc | Transcript of 501c | | |
| 501d | Excerpt of a consensual recording on 4/25/08 | | |
| 501-Td | Transcript of 501d | | |
| 501e | Three excerpts of a consensual recording on 5/6/08 | | |
| 501-Te | Transcript of 501e | | |
| 501f | Three excerpts of a consensual | | |

| Exhibit Number | Description | Date Admitted | Witness |
|---|---|---|---|
| | recording on 5/6/08 | | |
| 501-Tf | Transcript of 501f | | |
| 501g | Excerpt of a consensual recording on 5/7/08 | | |
| 501-Tg | Transcript of 501g | | |
| 501h | Four excerpts of a consensual recording on 6/9/08 | | |
| 501T-h | Transcript of 501h | | |
| 501i | Excerpt of a consensual recording on 6/23/08 | | |
| 501-Ti | Transcript of 501i | | |
| 502 | Excerpts of consensual recordings of Vincent Manzo | | |
| 502a | Excerpt of a consensual recording on 11/18/11 | | |
| 502-Ta | Transcript of 502a | | |
| 502b | Excerpt of a consensual recording on 11/23/11 | | |
| 502-Tb | Transcript of 502b | | |
| 502c | Excerpt of a consensual recording on 12/8/11 | | |
| 502-Tc | Transcript of 502c | | |
| 503 | Intentionally left blank | | |
| 503-T | Intentionally left blank | | |
| 504 | Excerpts of consensual recording of Anthony Calabro | | |
| 504T | Transcript of 504 | | |
| 505 | Intercepted telephone call from (347) 866-7921, dated 6/12/02 | | |
| 505-T | Transcript of 505 | | |

The government reserves the right to supplement or modify this list.

Dated:   Brooklyn, New York
         March 18, 2012