UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                               **ORDER OF SUSTENANCE**

        -against-                                    08cr240 (BMC)

THOMAS GIOELI and DINO SARACINO

                            Defendants.
-------------------------------------------------------------X
**Brian M. Cogan, United States District Judge:**

        It is Hereby ORDERED that the Marshal supply proper sustenance to the Seventeen (17) jurors empaneled in the above entitled action.

____ During Trial

____ Deliberating

__X__ Sequestered

__X__ Lunch

_____Other

                                                            S/ BMC
                                                            BRIAN M. COGAN
                                                            UNITED STATES DISTRICT JUDGE

Dated: Brooklyn, New York
       March 20, 2012