UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
UNITED STATES OF AMERICA,

                         **ORDER OF SUSTENANCE**

        -against-                         08cr240 (BMC)

THOMAS GIOELI and DINO SARACINO,

        Defendants.
---------------------------------------------------------------X
**Brian M. Cogan, United States District Judge:**

        It is Hereby ORDERED that the Marshal supply proper sustenance to the Seventeen (17) jurors empaneled in the above entitled action.

\_\_\_\_\_ During Trial

\_\_\_ Deliberating

_X_ Sequestered

_X_ Lunch

\_\_\_\_ Other

                                                   S/ BMC
                                      BRIAN M. COGAN
                                      UNITED STATES DISTRICT JUDGE

Dated: Brooklyn, New York
       March 21, 2012