

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EAG/JDG/CMP  
F.#2008R00530

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 24, 2012

<u>By ECF</u>

The Honorable Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Thomas Gioeli, et al.
     <u>Criminal Docket No. 08-240 (S-6) (BMC)</u>

Dear Judge Cogan:

  The government respectfully submits this motion in response to the defendant Dino Saracino's oral motion on Thursday, March 22, 2012, pursuant to Federal Rule of Evidence 615 ("Rule 615"), to permit only one testifying agent in the courtroom for the pendency of the trial. The Court directed the government to respond to Saracino's motion by Saturday, March 24, 2012. The government does not oppose the motion and will exclude all government witnesses - with the exception of Special Agent Scott Curtis with the Federal Bureau of Investigation. addition,

the government moves, pursuant to Rule 615, to exclude any defense witnesses from the courtroom.

                    Respectfully submitted,

                    LORETTA E. LYNCH
                    United States Attorney

By: /s/ Elizabeth Geddes
     Elizabeth A. Geddes
     James D. Gatta
     Cristina M. Posa
     Assistant U.S. Attorneys

cc: Adam D. Perlmutter, Esq. (by ECF)
    Carl Hermann, Esq. (by ECF)
    Samuel M. Braverman, Esq. (by ECF)
    Louis V. Fasulo, Esq. (by ECF)