UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                              **ORDER OF SUSTENANCE**

       -against-                            08cr240 (BMC)

THOMAS GIOELI and DINO SARACINO,

                  Defendants
------------------------------------------------------------X

**Brian M. Cogan, United States District Judge:**

        It is Hereby ORDERED that the Marshal supply proper sustenance to the Seventeen (17) jurors empaneled in the above entitled action.

\_\_\_\_\_ During Trial

\_\_\_\_\_ Deliberating

\_\_X\_\_ Sequestered

\_\_X\_\_ Lunch

\_\_\_\_\_ Other

                                                     S/ BMC
                                           BRIAN M. COGAN
                                           UNITED STATES DISTRICT JUDGE

Dated: Brooklyn, New York
       March 27, 2012