UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
UNITED STATES OF AMERICA,

                                    **ORDER OF SUSTENANCE**

            -against-                           08cr240 (BMC)

THOMAS GIOELI and DINO SARACINO,

            Defendants
----------------------------------------------------------X

**Brian M. Cogan, United States District Judge:**

      It is Hereby ORDERED that the Marshal supply proper **sustenance to the Seventeen (17)** jurors empaneled in the above entitled action.

_____ During Trial

_____ Deliberating

\_\_**X**\_\_ Sequestered

\_\_**X**\_\_ Lunch

_____ Other

                                                      S/ BMC
                                          BRIAN M. COGAN
                                          UNITED STATES DISTRICT JUDGE

Dated: Brooklyn, New York
       April 10, 2012