

**U.S. Department of Justice**

*United States Attorney
Eastern District of New York*

---

EAG:JDG:CMP  
F.#2008R00530

*271 Cadman Plaza East
Brooklyn, New York  11201*

May 2, 2012

By ECF

The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:  United States v. Thomas Gioeli, et al.
           Criminal Docket No. 08-240 (BMC)

Dear Judge Cogan:

      The government respectfully submits this letter in connection with the Court's request to provide the transcript citations of the testimony read into the record today.  In response to the jury's note marked for identification as Court Exhibit 4, the court reporter read the following:

- T. 795, line 20 – T. 804, line 17
- T. 806, line 8 – T. 808, line 25
- T. 953, line 24 – T. 961, line 14
- T. 1503, line 24 – T. 1507, line 20
- T. 1509, line 25 – T. 1511, line 12

                              Respectfully submitted,

                              LORETTA E. LYNCH
                              United States Attorney

                   By:  /s/_____
                              Elizabeth A. Geddes
                              James D. Gatta
                              Cristina M. Posa
                              Assistant U.S. Attorneys

cc:  Defense Counsel (by ECF)