UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

                                          ORDER OF SUSTENANCE

                -against-                      08cr240 (BMC)

THOMAS GIOELI and DINO SARACINO,

                    Defendants
-----------------------------------------------------------X
**Brian M. Cogan, United States District Judge:**

      It is Hereby ORDERED that the Marshal supply proper sustenance to the Fourteen (14) jurors empaneled in the above entitled action.

\_\_\_\_\_ During Trial

\_\_X\_\_ Deliberating

\_\_X\_ Sequestered

\_\_X\_\_ Lunch

\_\_\_\_\_ Other

                                                      S/ BMC
                                              BRIAN M. COGAN
                                              UNITED STATES DISTRICT JUDGE

Dated: Brooklyn, New York
        May 2, 2012