UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                              **ORDER OF SUSTENANCE**

           -against-                            08cr240 (BMC)

THOMAS GIOELI and DINO SARACINO,

                  Defendants
------------------------------------------------------------X

**Brian M. Cogan, United States District Judge:**

       It is Hereby ORDERED that the Marshal supply proper sustenance to the Fourteen (14) jurors empaneled in the above entitled action.

\_\_\_\_\_ During Trial

__X__ Deliberating

__X__ Sequestered

__X__ Lunch

\_\_\_\_\_ Other

                                                   S/ BMC
                                         BRIAN M. COGAN
                                         UNITED STATES DISTRICT JUDGE

Dated: Brooklyn, New York
        May 3, 2012