UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                              **ORDER OF SUSTENANCE**

      -against-                          08cr240 (BMC)

THOMAS GIOELI and DINO SARACINO,

              Defendants
------------------------------------------------------------X

**Brian M. Cogan, United States District Judge:**

      It is Hereby ORDERED that the Marshal supply proper sustenance to the Fourteen (14) jurors empaneled in the above entitled action.

\_\_\_\_\_ During Trial

\_\_X\_\_ Deliberating

\_\_X\_\_ Sequestered

\_\_X\_\_ Lunch

\_\_\_\_\_ Other

                                                    S/ BMC
                                            BRIAN M. COGAN
                                            UNITED STATES DISTRICT JUDGE

Dated: Brooklyn, New York
       May 7, 2012