```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

     - against -
                                              08 CR 240 (BMC)
THOMAS GIOELI and
DINO SARACINO,

          Defendants.

- - - - - - - - - - - - - - - - X
```

VERDICT FORM

COURT EXHIBIT

2

## COUNT ONE: GIOELI AND SARACINO
(Racketeering Conspiracy)

How do you find defendant GIOELI?

  Guilty ✓      Not Guilty _____

How do you find defendant SARACINO?

  Guilty ✓      Not Guilty _____


*If you answered "Guilty" for any defendant, please proceed to answer the following questions pertaining to Racketeering Acts One through Sixteen. If you answered "Not Guilty" for both defendants, please proceed to Count Two.*

1

<u>Racketeering Act One: GIOELI</u>
(Robbery/Robbery Conspiracy – Furs by Mina)

A. What is your verdict with respect to Racketeering Act 1(A) (State Robbery Conspiracy)?

   \_\_\_\_ Proven          \_✓\_ Not Proven

B. What is your verdict with respect to Racketeering Act 1(B) (State Robbery)?

   \_\_\_\_ Proven          \_✓\_ Not Proven

C. What is your verdict with respect to Racketeering Act 1(C) (Federal Robbery Conspiracy)?

   \_\_\_\_ Proven          \_✓\_ Not Proven

D. What is your verdict with respect to Racketeering Act 1(D) (Federal Robbery)?

   \_\_\_\_ Proven          \_✓\_ Not Proven

2

### Racketeering Act Two: GIOELI
(Murder/Murder Conspiracy – Frank Marasa)

A. What is your verdict with respect to Racketeering Act 2(A) (Conspiracy to Murder Frank Marasa)?

    ✓ Proven          ___ Not Proven

B. What is your verdict with respect to Racketeering Act 2(B) (Murder of Frank Marasa)?

    ___ Proven          ✓ Not Proven

### Racketeering Act Three: GIOELI & SARACINO
(Murder Conspiracy – Orena Faction Members)

What is your verdict with respect to Racketeering Act 3 (Conspiracy to Murder Orena Faction Members)?

GIOELI:     ✓ Proven      ___ Not Proven

SARACINO:     ✓ Proven      ___ Not Proven

<u>Racketeering Act Four: GIOELI</u>
(Attempted Robbery/Robbery Conspiracy - Elegant Furs)

A. What is your verdict with respect to Racketeering Act 4(A) (State Robbery Conspiracy)?

  \_\_\_\_\_ Proven          \_✓\_ Not Proven

B. What is your verdict with respect to Racketeering Act 4(B) (Attempted State Robbery)?

  \_\_\_\_\_ Proven          \_✓\_ Not Proven

C. What is your verdict with respect to Racketeering Act 4(C) (Federal Robbery Conspiracy)?

  \_\_\_\_\_ Proven          \_✓\_ Not Proven

D. What is your verdict with respect to Racketeering Act 4(D) (Attempted Federal Robbery)?

  \_\_\_\_\_ Proven          \_✓\_ Not Proven

### Racketeering Act Five: GIOELI
(Murder/Murder Conspiracy – John Minerva)

A. What is your verdict with respect to Racketeering Act 5(A) (Conspiracy to Murder John Minerva)?

   ✓ Proven             _____ Not Proven

B. What is your verdict with respect to Racketeering Act 5(B) (Murder of John Minerva)?

    _____ Proven           ✓ Not Proven

### Racketeering Act Six: GIOELI
(Murder of Michael Imbergamo)

What is your verdict with respect to Racketeering Act 6 (Murder of Michael Imbergamo)?

    _____ Proven           ✓ Not Proven

<u>Racketeering Act Seven: SARACINO</u>
(Extortionate Collection of Credit - Peter Guarnieri)

A. What is your verdict with respect to Racketeering Act 7(A) (Extortionate Extension of Credit Conspiracy)?

　　✓ Proven　　　　　　　　____ Not Proven

B. What is your verdict with respect to Racketeering Act 7(B) (Extortionate Extension of Credit)?

　　✓ Proven　　　　　　　　____ Not Proven

## Racketeering Act Eight: SARACINO
(Robbery/Robbery Conspiracy - Chemical Bank)

A. What is your verdict with respect to Racketeering Act 8(A) (State Robbery)?

_____ Proven          __✓__ Not Proven

B. What is your verdict with respect to Racketeering Act 8(B) (Federal Robbery Conspiracy)?

_____ Proven          __✓__ Not Proven

C. What is your verdict with respect to Racketeering Act 8(C) (Federal Robbery)?

_____ Proven          __✓__ Not Proven

7

<u>Racketeering Act Nine: GIOELI & SARACINO</u>
(Murder/Murder Conspiracy - Richard Greaves)

A. What is your verdict with respect to Racketeering Act 9(A) (Conspiracy to Murder Richard Greaves)?

   GIOELI:        \_\_\_\_ Proven         ✔ Not Proven

   SARACINO:      \_\_\_\_ Proven         ✔ Not Proven


B. What is your verdict with respect to Racketeering Act 9(B) (Murder of Richard Greaves)?

   GIOELI:        \_\_\_\_ Proven         ✔ Not Proven

   SARACINO:      \_\_\_\_ Proven         ✔ Not Proven

### Racketeering Act Ten: SARACINO
(Cocaine Distribution Conspiracy)

What is your verdict with respect to Racketeering Act 10 (Cocaine Distribution Conspiracy)?

\_\_\_\_\_ Proven          ✓ Not Proven

### Racketeering Act Eleven: GIOELI & SARACINO
(Murder/Murder Conspiracy - Ralph Dols)

A. What is your verdict with respect to Racketeering Act 11(A) (Conspiracy to Murder Ralph Dols)?

GIOELI:    \_\_\_\_\_ Proven    ✓ Not Proven

SARACINO:  \_\_\_\_\_ Proven    ✓ Not Proven

B. What is your verdict with respect to Racketeering Act 11(B) (Murder of Ralph Dols)?

GIOELI:    \_\_\_\_\_ Proven    ✓ Not Proven

SARACINO:  \_\_\_\_\_ Proven    ✓ Not Proven

9

Racketeering Act Twelve: SARACINO
(Murder Conspiracy - Michael Burnside)

What is your verdict with respect to Racketeering Act 12 (Conspiracy to Murder Michael Burnside)?

✓ Proven            ____ Not Proven


Racketeering Act Thirteen: GIOELI & SARACINO
(Murder/Murder Conspiracy - William Cutolo)

A.  What is your verdict with respect to Racketeering Act 13(A) (Conspiracy to Murder William Cutolo)?

    GIOELI:      ____ Proven       ✓ Not Proven

    SARACINO:    ____ Proven       ✓ Not Proven

B.  What is your verdict with respect to Racketeering Act 13(B) (Murder of William Cutolo)?

    GIOELI:      ____ Proven       ✓ Not Proven

    SARACINO:    ____ Proven       ✓ Not Proven

10

### Racketeering Act Fourteen: SARACINO
(Extortionate Extension of Credit)

What is your verdict with respect to Racketeering Act 14 (Extortionate Extension of Credit)?

__✓__ Proven          _____ Not Proven


### Racketeering Act Fifteen: SARACINO
(Extortion - Johnny Cash)

What is your verdict with respect to Racketeering Act 15 (Extortion - Johnny Cash)?

_____ Proven          __✓__ Not Proven

11

<u>Racketeering Act Sixteen: SARACINO</u>
(Witness Tampering - David Gordon)

A. What is your verdict with respect to Racketeering Act 16(A) (Prevention of Testimony)?

  ✓ Proven  ____ Not Proven

B. What is your verdict with respect to Racketeering Act 16(B) (Withholding of Testimony and Records)?

  ✓ Proven  ____ Not Proven

C. What is your verdict with respect to Racketeering Act 16(C) (Obstruction of Grand Jury Proceeding)?

  ✓ Proven  ____ Not Proven

## COUNT TWO: GIOELI & SARACINO
(Murder In-Aid-Of Racketeering - Richard Greaves)

How do you find defendant GIOELI?

    Guilty _____                  Not Guilty ✓

How do you find defendant SARACINO?

    Guilty _____                  Not Guilty ✓

*If you answered "Guilty" for the defendant GIOELI, please proceed to answer the following questions regarding the theory or theories under which you found him guilty:*

Direct Liability                                           _____

Aiding & Abetting or
Willfully Causing Liability                _____

Conspiratorial Liability                   _____

COUNT THREE: GIOELI & SARACINO
(Murder In-Aid-Of Racketeering – Ralph Dols)

How do you find defendant GIOELI?

    Guilty _____                            Not Guilty ✓

How do you find defendant SARACINO?

    Guilty _____                            Not Guilty ✓

*If you answered "Guilty" for either defendant, please proceed to answer the following questions regarding the theory or theories under which you found GIOELI and/or SARACINO guilty:*

As to the defendant GIOELI:

Direct Liability                                       _____

Aiding & Abetting or
Willfully Causing Liability                   _____

Conspiratorial Liability                           _____

As to the defendant SARACINO:

Direct Liability                                         _____

Aiding & Abetting or
Willfully Causing Liability                     _____

Conspiratorial Liability                           _____

COUNT FOUR: GIOELI & SARACINO
(Murder In-Aid-Of Racketeering – William Cutolo)

How do you find defendant GIOELI?

  Guilty _____      Not Guilty ✓

How do you find defendant SARACINO?

  Guilty _____      Not Guilty ✓

*If you answered "Guilty" for either defendant, please proceed to answer the following questions regarding the theory or theories under which you found GIOELI and/or SARACINO guilty:*

As to the defendant GIOELI:

Direct Liability _____

Aiding & Abetting or
Willfully Causing Liability _____

Conspiratorial Liability _____


As to the defendant SARACINO:

Direct Liability _____

Aiding & Abetting or
Willfully Causing Liability _____

Conspiratorial Liability _____

15

<u>COUNT FIVE: SARACINO</u>
(Extortionate Extension of Credit Conspiracy)

How do you find defendant SARACINO?

Guilty __✓__          Not Guilty _____


<u>COUNT SIX: SARACINO</u>
(Prevention of Testimony)

How do you find defendant SARACINO?

Guilty __✓__          Not Guilty _____


<u>COUNT SEVEN: SARACINO</u>
(Withholding of Testimony and Records)

How do you find defendant SARACINO?

Guilty __✓__          Not Guilty _____


<u>COUNT EIGHT: SARACINO</u>
(Obstruction of Grand Jury Proceeding)

How do you find defendant SARACINO?

Guilty __✓__          Not Guilty _____