# LAW OFFICES OF ADAM D. PERLMUTTER, P.C.
## ATTORNEYS AT LAW

**260 MADISON AVENUE, SUITE 1800**
**NEW YORK, NY 10016**
**TEL. (212) 679-1990**
**FAX. (212) 679-1995**

ADAM D. PERLMUTTER, ESQ.
—
JENNIFER LOUIS-JEUNE, ESQ.
DANIEL A. MCGUINNESS, ESQ.

OF COUNSEL
PAUL GREENFIELD, ESQ.

June 12, 2012

**VIA ECF**

The Honorable Brian M. Cogan
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    **Re:**    **United States v. Thomas Gioeli, et al.**
            **Case No. 08-cr-240 (S-6) (BMC) (RER)**

Dear Judge Cogan:

    I am writing to request that the Court reschedule the bail hearing from Thomas Gioeli, which is currently schedule for Thursday, June 14th. I am leaving town tomorrow evening for a week on business and plan to return on the late afternoon of June 21st. I am hoping that the Court can accommodate the hearing sometime on Friday, June 22nd. The government consents to an adjournment to June 22nd.

    I want to thank you in advance of your consideration of this request.

                                                    Respectfully submitted,

                                                    Adam D. Perlmutter

    Cc:    All counsel (via ECF)