

U.S. Department of Justice

*United States Attorney
Eastern District of New York*

---

EAG/JDG/CMP
F.#2008R00530

*271 Cadman Plaza East
Brooklyn, New York  11201*

July 17, 2012

By ECF

The Honorable Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re:  United States v. Thomas Gioeli, et al.
            Criminal Docket No. 08-240 (S-6) (BMC)

Dear Judge Cogan:

      The government respectfully submits this letter requesting an extension of the post-trial briefing schedule ordered by the Court on June 7, 2012.  With the consent of defense counsel, we respectfully request an extension of the government's time to respond to the defendants' Motions for Acquittal and New Trial (ECF Docket Nos. 1606 and 1607) from July 31, 2012 to August 10, 2012.  The government has consented to the defendants' request for a similar extension of their time to reply and to make sentencing submissions, from August 15, 2012 to September 5, 2012.

                               Respectfully submitted,

                               LORETTA E. LYNCH
                               United States Attorney

                By:  /s/ Cristina M. Posa
                      Elizabeth A. Geddes
                      James D. Gatta
                      Cristina M. Posa
                      Assistant U.S. Attorneys

cc:  Adam D. Perlmutter, Esq. (by e-mail)
     Carl Herman, Esq. (by e-mail)
     Samuel M. Braverman, Esq. (by e-mail)
     Louis V. Fasulo, Esq. (by e-mail)