

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EAG/JDG/CMP
F.#2008R00530

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 7, 2012

By ECF

The Honorable Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:  United States v. Thomas Gioeli, et al.
         Criminal Docket No. 08-240 (S-6) (BMC)

Dear Judge Cogan:

    The government respectfully submits this letter requesting an additional extension of the post-trial briefing schedule ordered by the Court on June 7, 2012.  With the consent of defense counsel, we respectfully request a second extension of the government's time to respond to the defendants' Motions for Acquittal and New Trial (ECF Docket Nos. 1606 and 1607), from August 10, 2012 to August 17, 2012.  The government has consented to the defendants' request for a similar extension of their time to reply, from September 5, 2012 to September 19, 2012.

                        Respectfully submitted,

                        LORETTA E. LYNCH
                        United States Attorney

            By:  /s/
                        Elizabeth A. Geddes
                        James D. Gatta
                        Cristina M. Posa
                        Assistant U.S. Attorneys

cc:  Adam D. Perlmutter, Esq. (by ECF)
     Carl Herman, Esq. (by ECF)
     Samuel M. Braverman, Esq. (by ECF)
     Louis V. Fasulo, Esq. (by ECF)