CLERK OF U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

LEGAL MAIL - OPEN ONLY IN PRESENCE OF INMATE

NEW YORK NY 100
18 MAY 2023 PM 10 L

quadient
05/18/2023
US POSTAGE $000.60⁰

FIRST-CLASS MAIL

ZIP 11201
041M11470324

RETURN TO SENDER:
___ UNKNOWN: NEED NAME &/OR CORRECT NUMBER
___ UNAUTHORIZED CORRESPONDENCE. INMATE TO INMATE NEEDS APPROVAL FROM BOTH WARDENS
___ NO AUTHORIZATION ON FILE: OVER 1 LB WITH UNKNOWN CONTENTS & NO AUTH. TO RECEIVE
X INMATE IS NOT LOCATED AT FCI DANBURY, CT
___ STAFF NO LONGER WORKS HERE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 28 2023

BROOKLYN OFFICE

U.S. District Court

Eastern District of New York

**Notice of Electronic Filing**

The following transaction was entered on 5/16/2023 at 10:45 AM EDT and filed on 5/16/2023
**Case Name:** USA v. Curanovic et al
**Case Number:** 1:08-cr-00240-BMC
**Filer:**
**Document Number:** No document attached

Docket Text:
ORDER denying [2162, 2173] as to Thomas Gioeli (2). The Court having been advised that defendant has been released from custody, his motions for medical treatment from the BOP and reconsideration of the denial of his motion for relief under the First Step Act are denied as moot. Ordered by Judge Brian M. Cogan on 5/16/2023. C/M (PW)